# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| YAEL EFRON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

YAEL EFRON  BOARD MEMBER
14 Ahad Ha'am Street 3rd Floor
Tel Aviv Israel



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date     **5/26/2021**

*Frank G. Johns, Clerk*
Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

            _____
                            **Server's signature**

            _____
                            **Printed name and title**

            _____
                            **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DR. LAURENCE C MORSE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR. LAURENCE C MORSE
75 Isham Road Suite 200
West Hartford, CT 06107 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑  **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; **or**

❑  **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑  **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑  **I returned the summons unexecuted because** _____; **or**

❑  **Other** *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                          Server's signature

                                                                          _____
                                                                          Printed name and title

                                                                          _____
                                                                          Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| LOUIS MOORE BACON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LOUIS MOORE BACON
11 Times Square
New York, NY 10036 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

      **This summon for** *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____ ; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ , **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____ ,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ ; **or**

❑     **I returned the summons unexecuted because** _____ ; **or**

❑     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____                _____
                                               **Server's signature**

                                      _____
                                       **Printed name and title**

                                        _____
                                       **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| TIMOTHY D ARMOUR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

TIMOTHY D ARMOUR
11100 Santa Monica Blvd 16th Floor
Los Angeles, CA 90025 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                           Server's signature

                                        _____
                                                         Printed name and title

                                        _____
                                                            Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> KENNETH CORDELE GRIFFIN <br><br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KENNETH CORDELE GRIFFIN
131 South Dearborn Street
Chicago, IL 60603 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

*[signature]*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                     Server's signature


                                        _____
                                                     Printed name and title


                                        _____
                                                     Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| Trevor Magyar | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Trevor Magyar
9 West 57th Street Suite 5000
New York, NY 10019 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                 Server's signature

                                                  _____
                                                  Printed name and title

                                                  _____
                                                  Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| GEORGE ALLEN WEISS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GEORGE ALLEN WEISS
320 Park Avenue 20th Floor
New York, NY 10022 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏      I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏      I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏      I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏      I returned the summons unexecuted because _____ ; or

❏      Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                 Server's signature

                                            _____
                                         Printed name and title

                                            _____
                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff*<br>v.<br><br>JEFFREY ALAN ALTMAN<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JEFFREY ALAN ALTMAN
640 5th Avenue 20th Floor
New York, NY 10019 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
      **(place)**_____
      **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____**, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
      **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)***:**
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                             Server's signature

                                                _____
                                               Printed name and title

                                                _____
                                               Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| MICHAEL MANNING SARGENT | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL MANNING SARGENT
George House 131 Sloane Street
London, SW1X 9AT United Kingdom



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                                           Server's signature

                         _____
                                      Printed name and title

                         _____
                                      Server's address


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JEFFERY S PHELGAR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JEFFERY S PHELGAR
1345 Avenue of the Americas
New York, NY 10105 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank D. John*

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                             **Server's signature**

                                   _____
                                             **Printed name and title**

                                   _____
                                             **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| PETER A ALTABEF | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> PETER A ALTABEF
> PO Box 269014
> Plano, TX 75026 United States



**A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                 Server's signature

                                                _____
                                                Printed name and title

                                                _____
                                                Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>**v.**<br><br>KOJI NAGAI<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)      **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KOJI NAGAI
2-2-2 OTEMACHI CHIYODA-KU URBANNET
OTEMACHI BLDG
Chiyoda-Ku, Tokyo Japan



**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                        **Server's signature**


                                                 _____
                                                      **Printed name and title**


                                                 _____
                                                        **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |     |                     |
|--------------------------|-----|---------------------|
| *Plaintiff*              | )   |                     |
| **v.**                   | )   | **Civil Action No.**|
|                          | )   |                     |
| DANIEL C CHUNG           | )   |                     |
|                          | )   |                     |
|                          | )   |                     |
|                          | )   |                     |
| *Defendant*              | )   |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DANIEL C CHUNG
360 Park Avenue South
New York, NY 10010 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank D. John*

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DANIEL C CHUNG | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DANIEL C CHUNG
360 Park Avenue South
New York, NY 10010 United States



**A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| THOMAS LENOX KEMPNER SR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS LENOX KEMPNER SR
520 Madison Avenue 30th Floor
New York, NY 10022 United States

■

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank D. John* (signature)

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                             Server's signature

                                    _____
                                             Printed name and title

                                    _____
                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| OLIVER WEISBURG | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> OLIVER WEISBURG
> Room 3208, 2 Exchange Square Central
> Hong Kong (SAR)



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank D. John*

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| ZACHARY BERGER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ZACHARY BERGER
14-15 Conduit Street 1 Royal Plaza, 1st Floor
London, W1S 2XJ



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; **or**

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                **Server's signature**

                             _____
                                       **Printed name and title**

                             _____
                                           **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| ERIC BENNER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> ERIC BENNER
> Dynamic Funds Twr, 1 Adelaide Street East, 28th Floor
> Toronto, ON M5C 2V9 Canada

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                Server's signature

                    _____
                                    Printed name and title

                    _____
                                    Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| MICHAEL GLENN TIEDEMANN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL GLENN TIEDEMANN
520 Madison Avenue 26th Floor
New York, NY 10022 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **5/26/2021**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
       *(place)*_____
       on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
       _____, a person of suitable age and discretion who
       resides there, on *(date)* _____, and mailed a copy to the individual's last
       known address; or

❏     I served the summons on *(name of individual)* _____,
       who is designated by law to accept service of process on behalf of *(name of organization)*
       _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
       _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
                    Server's signature


_____
                  Printed name and title


_____
                    Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| BRYAN HUGHES ADKINS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRYAN HUGHES ADKINS
1530 Wilson Blvd Suite 530
Arlington, VA 22209 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank D. John

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                              **Server's signature**


                                       _____
                                              **Printed name and title**


                                       _____
                                              **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| DR MICHAEL SCHNEIDER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR MICHAEL SCHNEIDER
Edisonstr. 4
D-63477 Maintal



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **5/26/2021**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❑    I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____

                                   **Server's signature**

_____

                                   **Printed name and title**

_____

                                   **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| DR MICHAEL SCHNEIDER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR MICHAEL SCHNEIDER
Edisonstr. 4
D-63477 Maintal



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date ___5/26/2021___

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  | ) |  |
|---|---|---|
| **Plaintiff** | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| DONALD W. BOURNE SR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DONALD W. BOURNE SR.
3 Memorial Avenue
Pawling, New York 12564

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   **I personally served the summons on the defendant at**
**(place)**_____
**on *(date)*** _____; or

❑   **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   **I served the summons on *(name of individual)*** _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   **I returned the summons unexecuted because** _____; or

❑   **Other *(specify)*:**
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                               Server's signature

                                 _____
                                       Printed name and title

                                  _____
                                       Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DANIEL PARKER | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DANIEL PARKER
100 City Hall Plaza
Boston, MA 02108 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                        Server's signature

                                _____
                                      Printed name and title

                                _____
                                      Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

<table>
<tr><td><em>Plaintiff</em></td><td>)</td><td rowspan="8"><strong>Civil Action No.</strong></td></tr>
<tr><td><strong>v.</strong></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>ROBERT JAMES MANNNING</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><em>Defendant</em></td><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ROBERT JAMES MANNNING
111 Huntington Avenue Boston, MA 02199



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                   Server's signature


                                                                   _____
                                                                   Printed name and title


                                                                   _____
                                                                   Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| NEIL LOCKWOOD THOMPSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> NEIL LOCKWOOD THOMPSON
> 50 Congress Street Room 800
> Boston, MA 02109 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **5/26/2021**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                           **Server's signature**

                                                        _____
                                                           **Printed name and title**

                                                        _____
                                                           **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| GARY DAVID COHN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> GARY DAVID COHN
> 3001 Summer Street
> Stamford, CT 06905 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                              **Server's signature**


                                       _____
                                              **Printed name and title**


                                       _____
                                              **Server's address**



Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| PAUL R. MARTEL ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Paul R. Martel
29 South Main Street, Suite 306
West Hartford, CT 06107



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| DAVID BASKIN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

David Baskin
95 Saint Clair Avenue West Suite 900
Toronto, ON M4V 1N6 Canada



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank D. John*

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

(WDNC Rev. 01/17) Summons in a Civil Action

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑  **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑  **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑  **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑  **I returned the summons unexecuted because** _____; **or**

❑  **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                      Server's signature

                                                      _____
                                                                      Printed name and title

                                                      _____
                                                                      Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DAVID ALAN JAFFE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID ALAN JAFFE
2770 Indian River Blvd Suite 204
Vero Beach, FL 32960 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____         _____
                                                    Server's signature

                                       _____
                                                    Printed name and title

                                       _____
                                                    Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MICHAEL J CASEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL J CASEY
1600 Huntington Drive
South Pasadena, CA 91030 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____

      **on** *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ **, a person of suitable age and discretion who**
**resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____ **,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                        Server's signature

                                _____
                                    Printed name and title

                                _____
                                    Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DOUGLAS S. MACKAY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DOUGLAS S. MACKAY
Aurora Street Suite 5
Hudson, OH 44236 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



_signature_

Date **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                        **Server's signature**


                                      _____
                                                        **Printed name and title**


                                      _____
                                                        **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ABIGAIL PIERREPONT JOHNSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ABIGAIL PIERREPONT JOHNSON
245 Summer Street V5D
Boston, MA 02210 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
| | ) |
| STEFAN KREZKAMP | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
STEFAN KREZKAMP
875 3rd Avenue
New York, NY 10022 USA


**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER


**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                         **Server's signature**

                         _____
                                         **Printed name and title**

                         _____
                                         **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| RICHARD JEREMY BRUCE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RICHARD JEREMY BRUCE
1 Cavendish Place London,
W1G 0QF United Kingdom

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                Server's signature

                                      _____
                                             Printed name and title

                                      _____
                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | **Civil Action No.** |
| ) | |
| KEITH SEIDMAN ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KEITH SEIDMAN
230 Park Avenue, Ste 3330
New York, NY 10169

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                          **Server's signature**


                                              _____
                                                          **Printed name and title**


                                              _____
                                                          **Server's address**



Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) Civil Action No. |
|  | ) |
| Steven E Evanson | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Steven E Evanson
3483 Greenfield Place
Carmel, CA 93923 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____              _____
                                                                 **Server's signature**

                                                                 _____
                                                                 **Printed name and title**

                                                                 _____
                                                                 **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| | ) | |
| Brad Johnson | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Brad Johnson
551 5th Avenue
New York, NY 10176 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                               Server's signature

                                _____
                                      Printed name and title

                                _____
                                      Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| IDN LIDDLE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> IDN LIDDLE
> 1 Silo Square, Victoria & Alfred Waterfront,
> Cape Town, 8001, South Africa

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    **Server's signature**

                                       _____
                                                 **Printed name and title**

                                       _____
                                                    **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| CARRIE ELIZABETH BERTUCCIO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CARRIE ELIZABETH BERTUCCIO
250 WEST 55TH STREET, 35TH FLOOR
NEW YORK, NEW YORK 10019



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏     I returned the summons unexecuted because _____ ; or

❏     Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| MIKE SEGAL | ) |
|  | ) |
|  | ) |
|  | ) |

Civil Action No.

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MIKE SEGAL
1348 WestGate Center Drive Suite 100
Winston-Salem, NC 27103 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

                                        _____
                                        **Server's signature**


                                        _____
                                        **Printed name and title**


                                        _____
                                        **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| **v.** | ) | **Civil Action No.** |
|  | ) |  |
| Richard Emmet | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Richard Emmet
250 Vesey Street
New York, NY 10281 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank D. John* (signature)

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                              Server's signature

                                       _____
                                           Printed name and title

                                           _____
                                           Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DR. HEATHER E L MUNROE BLUM | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR. HEATHER E L MUNROE BLUM
1 Queen Street East Suite 2500
Toronto, ON M5C 2W5 Canada

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
**resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❑    **I returned the summons unexecuted because** _____ ; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| MARCO W HELLMAN | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARCO W HELLMAN
555 California Street Suite 4900
San Francisco, CA 94104 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| AXEL LAROZA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

AXEL LAROZA
25 Rue de Courcelles
Paris, 75008 France

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| **Plaintiff** | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| IAN BURNS | ) |
| | ) |
| | ) |
| | ) |
| **Defendant** | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

IAN BURNS
4/109 Featherston Street
Wellington, 6011 New Zealand

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
     **(place)**_____
     **on *(date)*** _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with *(name)***
     _____, **a person of suitable age and discretion who**
     **resides there, on *(date)*** _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on *(name of individual)*** _____,
     **who is designated by law to accept service of process on behalf of *(name of organization)***
     _____ **on *(date)*** _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other *(specify)*:**
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                          **Server's signature**

                                 _____
                                       **Printed name and title**

                                 _____
                                         **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ANDREW RUDD PHD | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREW RUDD PHD
2175 North California Blvd Suite 400
Walnut Creek, CA 94596 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
**resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❏     **I returned the summons unexecuted because** _____ ; **or**

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| BRETT LAMAR HARRISON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRETT LAMAR HARRISON
400 1st Street South Suite 300
Saint Cloud, MN 56301 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                       **Server's signature**


                                        _____
                                                       **Printed name and title**


                                        _____
                                                       **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| Rita J Walters | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STRS Ohio 80th Inc
Rita J Walters
75 East Broad Street
Columbus, OH 43215 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank D. John*

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                     _____
                                                              Server's signature

                                                              _____
                                                              Printed name and title

                                                              _____
                                                              Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| MATTHEW DORAN BURTON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
MATTHEW DORAN BURTON
531 Roselane Street Suite 420
Marietta, GA 30060 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
   *(place)*_____
   on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❑  I served the summons on *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                    Server's signature

                                           _____
                                                    Printed name and title

                                           _____
                                                    Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| RUPERT HARRIS JOHNSON JR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RUPERT HARRIS JOHNSON JR
1 Franklin Parkway
San Mateo, CA 94403 United States



**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                                        Server's signature

                                       _____
                                                        Printed name and title

                                       _____
                                                        Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JEFFREY TODD BECKER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JEFFREY TODD BECKER
466 Lexington Avenue
New York, NY 10017 United States



**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
    _____ , a person of suitable age and discretion who
    resides there, on *(date)* _____ , and mailed a copy to the individual's last
    known address; or

❏    I served the summons on *(name of individual)* _____ ,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                            **Server's signature**

                                       _____
                                                 **Printed name and title**

                                       _____
                                                  **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| GAVIN SAITOWITZ  CEO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GAVIN SAITOWITZ  CEO
437 Madison Avenue
New York, NY 10022 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date _____ **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| Quincy James Lee | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Quincy James Lee
500 West 5th Street Suite 1110
Austin, TX 78701 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                       Server's signature

                                       _____
                                       Printed name and title

                                       _____
                                       Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| VIKRAM BAGARIA | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

VIKRAM BAGARIA
1 Maritime Plaza Suite 2100
San Francisco, CA 94111 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                      **Server's signature**

                                        _____
                                                      **Printed name and title**

                                          _____
                                                      **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| **v.** | ) | **Civil Action No.** |
|  | ) |  |
| MICHEAL GELBAND | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHEAL GELBAND
65 East 55th Street 9th Floor
New York, NY 10022 United States



**A lawsuit has been filed against you.**

 **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

 **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date   **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    **Server's signature**


                                       _____
                                                  **Printed name and title**


                                       _____
                                                    **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| G BROCK GEARHART | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

G BROCK GEARHART
26 EAST CENTER STREET
P O BOX 4278
FAYETTEVILLE AK  72702



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MARC ELLIOT MOGULL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> MARC ELLIOT MOGULL
> 399 Park Avenue 4th Floor
> New York, NY 10022 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                                **Server's signature**


                                                        _____
                                                                **Printed name and title**


                                                        _____
                                                                **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> NANCY H O LOCKHART <br><br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> NANCY H O LOCKHART
> Bay Adelaide Centre 333 Bay Street Suite 5100
> Toronto, ON M5H 2R2 Canada

**A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JEFFREY S MAURER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JEFFREY S MAURER
55 East 52nd Street
New York, NY 10055 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏　　I personally served the summons on the defendant at
　　　*(place)*_____
　　　on *(date)* _____; or

❏　　I left the summons at the individual's residence or usual place of abode with *(name)*
　　　_____, a person of suitable age and discretion who
　　　resides there, on *(date)* _____, and mailed a copy to the individual's last
　　　known address; or

❏　　I served the summons on *(name of individual)* _____,
　　　who is designated by law to accept service of process on behalf of *(name of organization)*
　　　_____ on *(date)* _____; or

❏　　I returned the summons unexecuted because _____; or

❏　　Other *(specify)*:
　　　_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |   |                   |
|--------------------------|---|-------------------|
| *Plaintiff*              | ) |                   |
| **v.**                   | ) | **Civil Action No.** |
|                          | ) |                   |
| CLAIRE L ROGAN           | ) |                   |
|                          | ) |                   |
|                          | ) |                   |
|                          | ) |                   |
| *Defendant*              |   |                   |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CLAIRE L ROGAN
1450 Brickell Avenue Suite 3050
Miami, FL 33131 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                    **Server's signature**

                                                    _____
                                                    **Printed name and title**

                                                    _____
                                                    **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| EDEN NANZIA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

EDEN NANZIA
410 PARK AVENUE SUITE 530
NEW YORK NY 10022



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                      Server's signature


                                       _____
                                                      Printed name and title


                                       _____
                                                      Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DR JOSEPH BACHER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR JOSEPH BACHER
511 5th Avenue
New York, NY 10017 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____           _____
                                        **Server's signature**

                                        _____
                                        **Printed name and title**

                                        _____
                                        **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| RICHARD FITZALAN HOWARD ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RICHARD FITZALAN HOWARD
15 Suffolk Street London,
SW1Y 4HG United Kingdom



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏　　I personally served the summons on the defendant at
　　*(place)*_____
　　on *(date)* _____ ; or

❏　　I left the summons at the individual's residence or usual place of abode with *(name)*
　　_____ , a person of suitable age and discretion who
　　resides there, on *(date)* _____ , and mailed a copy to the individual's last
　　known address; or

❏　　I served the summons on *(name of individual)* _____ ,
　　who is designated by law to accept service of process on behalf of *(name of organization)*
　　_____ on *(date)* _____ ; or

❏　　I returned the summons unexecuted because _____ ; or

❏　　Other *(specify):*
　　_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| FRED M SANDS SR | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FRED M SANDS SR
1101 Wilson Blvd Suite 2300
Arlington, VA 22209 United States



**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                        **Server's signature**

                                _____
                                          **Printed name and title**

                                _____
                                          **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| ARTHUR GOODHART ALTSCHUL JR | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ARTHUR GOODHART ALTSCHUL JR
122 East 42nd Street Suite 2500
New York, NY 10168 United States



**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
| | ) |
| William P. Jones, Jr. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> William P. Jones, Jr.
> 717 5th Avenue 11th Floor
> New York, NY 10022 United States



**A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

_Frank D. John_

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
| | ) |
| KENNETH J BRUSDA | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Kenneth J. Brusda
134 E. Wisconsin Avenue
One Neenah Center, Suite 300
Neenah, WI 54956-3007

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                    **Server's signature**

                                               _____
                                                                    **Printed name and title**

                                               _____
                                                                    **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| STEVEN A COHEN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN A COHEN
72 Cummings Point Road
Stamford, CT 06902 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| **v.** | ) | **Civil Action No.** |
|  | ) |  |
| CHRISTOPHER M BEGG | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHRISTOPHER M BEGG
16 Martin Street PO Box 566
Essex, MA 01929 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| LEE S AINSLIE III | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LEE S AINSLIE III
300 Crescent Court Suite 1850
Dallas, TX 75201 United States



**A lawsuit has been filed against you.**

 **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

 **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date   **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| PAUL A MAHON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PAUL A MAHON
100 Osborne Street North Winnipeg, MB R3C 1V3
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ANTHONY P CONIARIS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANTHONY P CONIARIS
111 South Wacker Drive Suite 4600
Chicago, IL 60606 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                    **Server's signature**


                                                          _____
                                                                    **Printed name and title**


                                                          _____
                                                                    **Server's address**



Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ANTHONY P CONIARIS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ANTHONY P CONIARIS
111 South Wacker Drive Suite 4600
Chicago, IL 60606 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date    **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

    **This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                **Server's signature**

                                             _____
                                             **Printed name and title**

                                             _____
                                             **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| ANTHONY LONG | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> ANTHONY LONG
> 40 Grosvenor Place London, SW1X 7GG
> United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❑     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
**resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❑     **I returned the summons unexecuted because** _____ ; **or**

❑     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| IGOR TULCHINSKY | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    IGOR TULCHINSKY
    1700 East Putnam Avenue 3rd Floor Old
    Greenwich, CT 06870 United States

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| IGOR TULCHINSKY | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

IGOR TULCHINSKY
1700 East Putnam Avenue 3rd Floor Old
Greenwich, CT 06870 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| ANTHONY LONG | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANTHONY LONG
40 Grosvenor Place London, SW1X 7GG
United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
**(place)**_____
**on *(date)*** _____; or

❑     **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, **a person of suitable age and discretion who**
**resides there, on *(date)*** _____, **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on *(name of individual)* _____,**
**who is designated by law to accept service of process on behalf of *(name of organization)***
_____ **on *(date)*** _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other *(specify)*:**
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                 **Server's signature**

                                                   _____
                                                   **Printed name and title**

                                                   _____
                                                   **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| MELINDA SCOTT | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MELINDA SCOTT
410 Park Avenue Suite 530
New York, NY 10022 United States

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| MELINDA SCOTT | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MELINDA SCOTT
410 Park Avenue Suite 530
New York, NY 10022 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Frank G. Johns, Clerk
United States District Court

Date  **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                              Server's signature

                                                              _____
                                                              Printed name and title

                                                              _____
                                                              Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| VINIT BODAS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

VINIT BODAS
1 Fawcett Place
Greenwich, CT 06830 United States



**A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date    **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____ .

❑    **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____ **; or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ **, a person of suitable age and discretion who**
**resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____ **,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ **; or**

❑    **I returned the summons unexecuted because** _____ **; or**

❑    **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____     _____
                                                                 **Server's signature**

                                        _____
                                                            **Printed name and title**

                                                  _____
                                                            **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| PETER HASTINGS WARNE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
PETER HASTINGS WARNE
Ropemaker Place 28 Ropemaker Street
London, EC2Y 9HD United Kingdom



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date ___ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                                    Server's signature

                                                                    _____
                                                                    Printed name and title

                                                                    _____
                                                                    Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| Phil Gross | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Phil Gross
200 Clarendon Street 52nd Floor
Boston, MA 02116 United States



**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                       **Server's signature**

                                     _____
                                                   **Printed name and title**

                                       _____
                                                   **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| THOMAS HUGH BARTLAM | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS HUGH BARTLAM
16 Palace Street
London, SW1E 5JD United Kingdom

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.


**Date:**_____

                     _____
                                  **Server's signature**

                     _____
                                  **Printed name and title**

                     _____
                                  **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | **Civil Action No.** |
| ) | |
| ADAM NUNES ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ADAM NUNES
4 World Trade Center 57th Floor
New York, NY 10007 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____     _____
                                                       Server's signature

                                               _____
                                                       Printed name and title

                                               _____
                                                       Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| O KELLY E McWILLIAMS III | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> WILLIAM WHITFIELD GARDNER
> 285 Wilmington-
> West Chester Pike Chadds Ford, PA 19317 United States

**A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                                      **Server's signature**

                                            _____
                                                     **Printed name and title**

                                             _____
                                                        **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| O KELLY E McWILLIAMS III | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

      WILLIAM WHITFIELD GARDNER
      285 Wilmington-
      West Chester Pike Chadds Ford, PA 19317 United States

     **A lawsuit has been filed against you.**

     **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

      ANDRE A DAVIS
      P . O . BOX 551329
      GASTONIA, NC 28054

      PLAINTIFF IN PRO PER

     **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____**; or**

❑     **I returned the summons unexecuted because** _____**; or**

❑     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| LUKE ELLIS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LUKE ELLIS
Riverbank House
2 Swan Lane
London, EC4R 3AD
United Kingdom



    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____**,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____**; or**

❑    **I returned the summons unexecuted because** _____**; or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| MARTY PETERSON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARTY PETERSON
560 East 200 South
Salt Lake City, UT 84102 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____**, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____**,**
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____        _____
                                            **Server's signature**

                                      _____
                                      **Printed name and title**

                                      _____
                                      **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| BRIAN MASSEY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> BRIAN MASSEY
> 11150 Santa Monica Blvd Suite 320
> Los Angeles, CA 90025



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other** *(specify)*:

_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| PAUL SPIJKERS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PAUL SPIJKERS
Gustav Mahlerplein 3 Amsterdam,
1082 MS Netherlands

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____**5/26/2021**_____

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

☐    **I personally served the summons on the defendant at**
     **(place)**_____
     **on** *(date)* _____ **; or**

☐    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____ **, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
     **known address; or**

☐    **I served the summons on** *(name of individual)* _____ **,**
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____ **; or**

☐    **I returned the summons unexecuted because** _____ **; or**

☐    **Other** *(specify)***:**
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                           **Server's signature**

                                   _____
                                        **Printed name and title**

                                   _____
                                        **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| **v.** | ) | **Civil Action No.** |
|  | ) |  |
| Nobuyuki Koga | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Nobuyuki Koga
1-9-1, Nihonbashi, Chuo,
Tokyo, Japan



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____**, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
     **known address; or**

❏     **I served the summons on** *(name of individual)* _____**,**
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____**; or**

❏     **I returned the summons unexecuted because** _____**; or**

❏     **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
                         **Server's signature**

_____
                         **Printed name and title**

_____
                         **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| NATHANIEL SIMONS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> NATHANIEL SIMONS
> Pier 5, The Embarcadero Suite 101
> San Francisco, CA 94111 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| WILLIAM WALLACE LESTER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILLIAM WALLACE LESTER
5945 R Street
Lincoln, NE 68505 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____ **; or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ **, a person of suitable age and discretion who**
**resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____ **,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ **; or**

❑    **I returned the summons unexecuted because** _____ **; or**

❑    **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
| | ) |
| EDSON L BRIDGES III | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

EDSON L BRIDGES III
8401 West Dodge Road Suite 256
Omaha, NE 68114 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
       **(place)**_____
       **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____**, a person of suitable age and discretion who**
       **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
       **known address; or**

❏    **I served the summons on** *(name of individual)* _____**,**
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____**; or**

❏    **I returned the summons unexecuted because** _____**; or**

❏    **Other** *(specify)***:**
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____**.**

I declare under penalty of perjury that this information is true.

**Date:**_____          _____
                                               **Server's signature**

                                     _____
                                               **Printed name and title**

                                     _____
                                               **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
|  | ) |
| GREGORY A NEJMEH | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GREGORY A NEJMEH
640 5th Avenue 18th Floor
New York, NY 10019 United States

&#x271A;

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                 Server's signature

                                         _____
                                            Printed name and title

                                         _____
                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| Akshay Naheta | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Akshay Naheta
9TH FLOOR, AL SILA TOWER
ADGM SQUARE, AL MARYAH ISLAND
ABU DHABI
C0
NA

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ **; or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____**; or**

❑    **I returned the summons unexecuted because** _____**; or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| BRUCE COOPER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRUCE COOPER
TD Canada Trust Tower 161 Bay Street, 34th Floor
Toronto, ON M5J 2T2 Canada



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DR MANFRED GENTZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR MANFRED GENTZ
Austrasse 46 Zurich, 8045 Switzerland



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
    *(place)*_____
    on *(date)* _____ ; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____ , a person of suitable age and discretion who
    resides there, on *(date)* _____ , and mailed a copy to the individual's last
    known address; or

❏    **I served the summons on** *(name of individual)* _____ ,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____ ; or

❏    **I returned the summons unexecuted because** _____ ; or

❏    **Other** *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| BENJAMIN T RICHARDSON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> BENJAMIN T RICHARDSON
> 88 Broad Street 2nd Floor
> Boston, MA 02110 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date    **5/26/2021**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                             Server's signature

                              _____
                                             Printed name and title

                              _____
                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| RHONDA R COHEN ESQ | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RHONDA R COHEN ESQ
1650 Market Street Suite 1200
Philadelphia, PA 19103 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏  **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❏  **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏  **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏  **I returned the summons unexecuted because** _____; **or**

❏  **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.


**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| LANSING ALDEN DAVIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LANSING ALDEN DAVIS
3 Harbor Drive Suite 301
Sausalito, CA 94965 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏      I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏      I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏      I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏      I returned the summons unexecuted because _____ ; or

❏      Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ANDERS M TOMSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDERS M TOMSON
1 Chemung Canal Plaza
Elmira, NY 14901 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____**,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____**; or**

❏    **I returned the summons unexecuted because** _____**; or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____**.**

**I declare under penalty of perjury that this information is true.**


**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| NIGEL JOHN BURNHAM | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

NIGEL JOHN BURNHAM
120 London Wall Moor House, Level 11
London, EC2Y 5ET United Kingdom

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                           Server's signature

                                                _____
                                                           Printed name and title

                                                _____
                                                           Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ALBERT ARNOLD GORE JR | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ALBERT ARNOLD GORE JR
20 Air Street London, W1B 5AN
United Kingdom



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| STEPHEN FOSTER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEPHEN FOSTER
21 Palmer Street 7th Floor
London, SW1H 0AD United Kingdom



.A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏　I returned the summons unexecuted because _____; or

❏　Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Server's signature**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Printed name and title**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| CHRISTOPHER ROBERT HANSEN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHRISTOPHER ROBERT HANSEN
1 Market Street Steuart Tower, Suite 2625
San Francisco, CA 94105 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                    Server's signature

                                                          _____
                                                                    Printed name and title

                                                          _____
                                                                    Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MICHAEL A VIOLETTE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL A VIOLETTE
400 Connell Drive Suite 5100
Berkeley Heights, NJ 07922 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____     _____
                                                                          **Server's signature**

                                                 _____
                                                        **Printed name and title**

                                                 _____
                                                           **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )      **Civil Action No.** |
|  | ) |
| MASROOR TAALE SIDDIQUI | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MASROOR TAALE SIDDIQUI
54 Baker Street London,
W1U 7BU United Kingdom



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    **This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify):*
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** | ) <br> )    **Civil Action No.** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| David Giunta | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

David Giunta
399 Boylston Street
Boston, MA 02116-9848

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____ **; or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____**, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
     **known address; or**

❑    **I served the summons on** *(name of individual)* _____**,**
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____**; or**

❑    **I returned the summons unexecuted because** _____**; or**

❑    **Other** *(specify)***:**
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                  **Server's signature**

                                           _____
                                                **Printed name and title**

                                                _____
                                                **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| Marianne Harrison | ) |
|  | ) |
|  | ) |
|  | ) |

Civil Action No.

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Marianne Harrison
601 CONGRESS ST
BOSTON MA 02210

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify):*
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| BRYAN J LUEBBERT | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Bryan J Luebbert
12555 MANCHESTER ROAD
ST. LOUIS MO  63131

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                        Server's signature

                                                 _____
                                                        Printed name and title

                                                 _____
                                                        Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Richard Maccoy Weil | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Richard Maccoy Weil
201 Bishopgate London,
EC2M 3AE United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____ , a person of suitable age and discretion who
      resides there, on *(date)* _____ , and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____ ,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____ ; or

❏     I returned the summons unexecuted because _____ ; or

❏     Other *(specify)*:

      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DAN ANDERSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAN ANDERSON
Toronto Street Suite 1400
Toronto, ON M5C 3B2 Canada

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| BRYON SCOTT MINERD | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    BRYON SCOTT MINERD
    1248 Harbour Way 244
    Aventura, FL 33180 United States

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                       Server's signature

                                             _____
                                                  Printed name and title

                                             _____
                                                   Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                     |     |                          |
|---------------------|-----|--------------------------|
| *Plaintiff*         | )   | **Civil Action No.**     |
| **v.**              | )   |                          |
|                     | )   |                          |
| HEINRICH SCHLEGEL   | )   |                          |
|                     | )   |                          |
|                     | )   |                          |
|                     | )   |                          |
| *Defendant*         | )   |                          |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HEINRICH SCHLEGEL
1540 Broadway 38th Floor
New York, NY 10036 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date ___5/26/2021___

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                            Server's signature

                                  _____
                                            Printed name and title

                                  _____
                                            Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| THOMAS D STEVENS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS D STEVENS
11150 Santa Monica Blvd Suite 200
Los Angeles, CA 90025 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                        **Server's signature**


                                        _____
                                                    **Printed name and title**


                                        _____
                                                        **Server's address**



Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| MICHEAL FRIEZO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    MICHEAL FRIEZO
    1918 OLIVE ST APT 401
    DALLAS, TX, 75201

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____              _____
                                                            Server's signature

                                                    _____
                                                            Printed name and title

                                                    _____
                                                            Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| CLARKSON D LAURITZEN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CLARKSON D LAURITZEN
1620 Dodge Street
Omaha, NE 68197 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____          _____
                                                                           **Server's signature**


                                                                 _____
                                                                           **Printed name and title**


                                                                 _____
                                                                           **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MICHEAL FRIEZO | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHEAL FRIEZO
1918 OLIVE ST APT 401
DALLAS, TX, 75201

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑      **I personally served the summons on the defendant at**
        **(place)**_____
        **on *(date)*** _____ **; or**

❑      **I left the summons at the individual's residence or usual place of abode with *(name)***
        _____ **, a person of suitable age and discretion who**
        **resides there, on *(date)*** _____ **, and mailed a copy to the individual's last**
        **known address; or**

❑      **I served the summons on *(name of individual)*** _____ **,**
        **who is designated by law to accept service of process on behalf of *(name of organization)***
        _____ **on *(date)*** _____ **; or**

❑      **I returned the summons unexecuted because** _____ **; or**

❑      **Other *(specify)*:**
        _____

**My fees are \$** _____ **for travel and \$** _____ **for services, for a total of**
**\$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                   **Server's signature**

                                    _____
                                                 **Printed name and title**

                                    _____
                                                 **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| CLARKSON D LAURITZEN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CLARKSON D LAURITZEN
1620 Dodge Street
Omaha, NE 68197 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* <br> **v.** <br><br> PATRICK ROHE <br><br><br><br> *Defendant* | ) <br> )    **Civil Action No.** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    PATRICK ROHE
    220 S Warren St, 9th Floor
    Syracuse, NY 13202

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____               _____
                                                     Server's signature

                                       _____
                                              Printed name and title

                                       _____
                                               Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| BENGT-AKE FAGERMAN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
     BENGT-AKE FAGERMAN
     Stockhlom, 106 55 Sweden

     **A lawsuit has been filed against you.**

     **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

     ANDRE A DAVIS
     P . O . BOX 551329
     GASTONIA, NC 28054

     PLAINTIFF IN PRO PER

     **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

☐    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify):*
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                              **Server's signature**


                                       _____
                                              **Printed name and title**


                                       _____
                                              **Server's address**



**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| RICHARD B FULLERTON | ) |
|  | ) |
|  | ) |
|  | ) |

Civil Action No.

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
  RICHARD B FULLERTON
  3047 Fillmore Street
  Francisco, CA 94123 United States

   **A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

  ANDRE A DAVIS
  P . O . BOX 551329
  GASTONIA, NC 28054

  PLAINTIFF IN PRO PER

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____**, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

**Date:**_____

_____
           **Server's signature**

_____
           **Printed name and title**

_____
           **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| Andrew Telfer | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Andrew Telfer
Calton Square 1 Greenside Row Edinburgh, EH1 3AN
United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                           **Server's signature**

                                       _____
                                                     **Printed name and title**

                                       _____
                                                      **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| KELLY S KING | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KELLY S KING
214 North Tryon Street
Charlotte, NC 28202 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date    **5/26/2021**

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____           _____
                                             Server's signature

                                            _____
                                            Printed name and title

                                            _____
                                            Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| FRANK J FAHRENKOPF JR | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FRANK J FAHRENKOPF JR
1 Corporate Center
Rye, NY 10580 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❑　　**I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑　　**I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑　　**I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑　　**I returned the summons unexecuted because** _____; **or**

❑　　**Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Kim Sung Joo, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Kim Sung Joo,
Deokjin District,
Jeonju, South Korea

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                              **Server's signature**

                                              _____
                                              **Printed name and title**

                                              _____
                                              **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | ) |
|  | ) |
|  | ) |
| JEFFERY T CERITTI | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JEFFERY T CERITTI
600 STEAMBOAT RD SUITE 300
GREENWICH, CT 06830 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| CHARLES F LOWERY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHARLES F LOWERY
751 Broad St
Newark , NJ, 07102-3754
United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| KURT BROWN | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KURT BROWN
5314 River Run Drive Suite 300
Provo, UT 84604 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                      **Server's signature**


                                                              _____
                                                                      **Printed name and title**


                                                              _____
                                                                      **Server's address**



Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| CHRISTINE BARR | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

      CHRISTINE BARR
      1270 6th Avenue Suite 2300
      New York, NY 10020 United States

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

      ANDRE A DAVIS
      P . O . BOX 551329
      GASTONIA, NC 28054

      PLAINTIFF IN PRO PER

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                               **Server's signature**

                                     _____
                                       **Printed name and title**

                                     _____
                                       **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| CARRIE ELIZABETH BASS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CARRIE ELIZABETH BASS
4514 Cole Avenue Suite 1220
Dallas, TX 75205 United States



    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                    **Server's signature**

                                             _____
                                                  **Printed name and title**

                                                  _____
                                                   **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | **Civil Action No.** |
| ) | |
| Randolf Clinton ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Randolf Clinton
Suite 109, Level 1, 350 George Street
Sydney NSW 2000



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                       Server's signature

                                            _____
                                                Printed name and title

                                            _____
                                                  Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| ERIK LARSON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ERIK LARSON
980 North Michigan Avenue Suite 1780
Chicago, IL 60611



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| David Vogel | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

David Vogel
110 Front St Ste 400
Jupiter ,FL, 33477-5095
United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                _____
                                             **Server's signature**

                                             _____
                                             **Printed name and title**

                                             _____
                                             **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| v. ) | **Civil Action No.** |
| ) | |
| F DUFFIELD MEYERCORD ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

F DUFFIELD MEYERCORD
500 Hills Drive Suite 300, PO Box 700
Gladstone, NJ 07921 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*Frank D. John*

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____             _____
                                              **Server's signature**

                                _____
                                     **Printed name and title**

                                _____
                                     **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> ALAN TAKEO KIKUCHI <br><br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ALAN TAKEO KIKUCHI
1345 Avenue of the Americas 33rd Floor
New York, NY 10105 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Daniel Millen | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Daniel Millen
767 5th Avenue 12th Floor
New York, NY 10153 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                         **Server's signature**

                                        _____
                                        **Printed name and title**

                                         _____
                                         **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                  |   |                   |
|------------------|---|-------------------|
| *Plaintiff*      | ) |                   |
| v.               | ) | **Civil Action No.** |
|                  | ) |                   |
| Suneil Setiya    | ) |                   |
|                  | ) |                   |
|                  | ) |                   |
|                  | ) |                   |
| *Defendant*      | ) |                   |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Suneil Setiya
The Leadenhall Building 122 Leadenhall Street
London, EC3V 4AB United Kingdom



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____**5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at** *(place)*_____ **on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❑     **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify)*:

_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of** **$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                **Server's signature**

                                                _____
                                               **Printed name and title**

                                                  _____
                                                 **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ANDREW ROGERS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREW ROGERS
PO Box 575 The Hague, 2501 CN
Netherlands

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

_Frank G. John_ (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

☐     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

☐     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

☐     **I served the summons on** *(name of individual)* _____**,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____**; or**

☐     **I returned the summons unexecuted because** _____**; or**

☐     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____

                                              _____
                                                   **Server's signature**

                                              _____
                                                 **Printed name and title**

                                              _____
                                                 **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| BRAD ROLLINS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRAD ROLLINS
4200 West 115th Street Suite 200
Leawood, KS 66211 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏   I returned the summons unexecuted because _____ ; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                  **Server's signature**

                                       _____
                                                  **Printed name and title**

                                       _____
                                                  **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| RON LUBASH | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RON LUBASH
Azrieli Center, Triangle Bldg 132 Menachem Begin Road
Tel Aviv, 67023 Israel

**A lawsuit has been filed against you.**

     **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

     **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

☐  **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

☐  **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

☐  **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

☐  **I returned the summons unexecuted because** _____; **or**

☐  **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                                                **Server's signature**

                                                     _____
                                                                **Printed name and title**

                                                     _____
                                                                **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     Civil Action No. |
|  | ) |
| Thomas L. O'Grady | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Thomas L. O'Grady
412 WEST 15TH STREET, 13TH FLOOR
NEW YORK NY 10011



**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                    Server's signature

                                 _____
                                   Printed name and title

                                 _____
                                   Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|                        |     |                     |
|------------------------|-----|---------------------|
| *Plaintiff*            | )   |                     |
| **v.**                 | )   | **Civil Action No.** |
|                        | )   |                     |
| JAMES FIELDING MILLER  | )   |                     |
|                        | )   |                     |
|                        | )   |                     |
|                        | )   |                     |
| *Defendant*            |     |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
> JAMES FIELDING MILLER
> 4208 6 Forks Road Suite 1700
> Raleigh, NC 27609 United States



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____ ; or

❏    **I returned the summons unexecuted because** _____ ; **or**

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                                 **Server's signature**

                                         _____
                                             **Printed name and title**

                                         _____
                                                **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
|  | ) |
| JAMES FIELDING MILLER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    JAMES FIELDING MILLER
    4208 6 Forks Road Suite 1700
    Raleigh, NC 27609 United States



    A lawsuit has been filed against you.

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

Civil Action No.

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❑    I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                _____
                                              Server's signature

                                          _____
                                            Printed name and title

                                          _____
                                            Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| RICK GERSON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
RICK GERSON
660 Madison Avenue 19th Floor
New York, NY 10065 United States



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

☐    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

☐    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

☐    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

☐    **I returned the summons unexecuted because** _____; **or**

☐    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____        _____
                                                          **Server's signature**

                                              _____
                                                 **Printed name and title**

                                              _____
                                                 **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MAXIME FORTIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MAXIME FORTIN
250 West 55th Street 32nd Floor
New York, NY 10019 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏　　I returned the summons unexecuted because _____; or

❏　　Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    Civil Action No. |
|  | ) |
| JACK RIPSTEEN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JACK RIPSTEEN
2 Embarcadero Center Suite 420
San Francisco, CA 94111 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify):*
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

**I declare under penalty of perjury that this information is true.**

Date:_____        _____
                                                  **Server's signature**

                                     _____
                                                 **Printed name and title**

                                     _____
                                                 **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| RALPH M DELLA RATTA JR | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
RALPH M DELLA RATTA JR
1360 East 9th Street Suite 1100
Cleveland, OH 44114 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                                      **Server's signature**


                                          _____
                                                    **Printed name and title**


                                          _____
                                                       **Server's address**



Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| TIMOTHY SWAIN DAVIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

TIMOTHY SWAIN DAVIS
224 Court Square
Charlottesville, VA 22902 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏  I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏  I returned the summons unexecuted because _____; or

❏  Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| MARK EDWARDS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARK EDWARDS
23 Savile Street
London, W1S 2ET United Kingdom



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| DAVID COSTEN HALEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
> DAVID COSTEN HALEY
> 2101 Cedar Springs Road Suite 700
> Dallas, TX 75201 United States

**A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐ I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| DR CORNELIUS RIESE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR CORNELIUS RIESE
Platz Der Republik Frankfurt am Main, 60265 Germany

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                              **Server's signature**

                                          _____
                                             **Printed name and title**

                                          _____
                                             **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
|  | ) |
| LI LU | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LI LU
301 East Colorado Blvd Suite 301
Pasadena, CA 91101 United States



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❑    **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                          Server's signature

                                                          _____
                                                          Printed name and title

                                                          _____
                                                          Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| | ) | |
| WILL BARTLETT | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILL BARTLETT
88 Kearny Street 20th Floor
San Francisco, CA 94108 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                       **Server's signature**

                                             _____
                                                   **Printed name and title**

                                             _____
                                                     **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

<table>
<tr><td><i>Plaintiff</i><br>v.<br><br>STEVEN YU CHIEH CHEN<br><br><br><br><i>Defendant</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td><b>Civil Action No.</b></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN YU CHIEH CHEN
909 Montgomery Street Suite 400
San Francisco, CA 94133 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                      **Server's signature**

                                                      _____
                                                      **Printed name and title**

                                                      _____
                                                      **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )      **Civil Action No.** |
|  | ) |
| RICHARD H VOON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RICHARD H VOON
1 Letterman Drive Building D, Suite 200
San Francisco, CA 94129 United States



**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date      **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                              Server's signature


                                                              _____
                                                              Printed name and title


                                                              _____
                                                              Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| LUIZ FELIPE DE ALMEIDA CAMPOS ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LUIZ FELIPE DE ALMEIDA CAMPOS
Avenida Ataulfo De Paiva 1235 6th Floor Leblon
Rio de Janeiro, RJ 22440-034 Brazil

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____    _____
                                                       **Server's signature**

                                _____
                                                   **Printed name and title**

                                  _____
                                                     **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| Dan Brupbacher | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Dan Brupbacher
40 W 57th St 18th Floor
New York, NY 10019-4001 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date    **5/26/2021**

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                             Server's signature

                             _____
                                       Printed name and title

                             _____
                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| JAMES H DAVIDSON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JAMES H DAVIDSON
901 15th Street NW Suite 500
Washington, DC 20005 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                              **Server's signature**

                                     _____
                                              **Printed name and title**

                                     _____
                                              **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| JAY A KELLETT | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JAY A KELLETT
750 Lindaro Street Suite 350
San Rafael, CA 94901 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **5/26/2021**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                              **Server's signature**


                                                   _____
                                                              **Printed name and title**


                                                   _____
                                                              **Server's address**



Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ERIK VAN HOUWELINGEN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ERIK VAN HOUWELINGEN
Trade Route 2 Zeist,
3707 NH Netherlands

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____**5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏      I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏      I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏      I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏      I returned the summons unexecuted because _____; or

❏      Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                  Server's signature

                                                    _____
                                                 Printed name and title

                                                    _____
                                                  Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| GEETA AIYER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GEETA AIYER
84 State Street Suite 940
Boston, MA 02109 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    **Server's signature**


                                        _____
                                                    **Printed name and title**


                                        _____
                                                    **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| RANDOLPH W MEVILLE | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RANDOLPH W MELVILLE
720 East Wisconsin Avenue
Milwaukee, WI 532024797 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Frank D. John

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who** resides there, on *(date)* _____, **and mailed a copy to the individual's last known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify)*:

_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>v. | ) <br> )   **Civil Action No.**<br> ) |
| Sakya Duvvuru | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Sakya Duvvuru
247 High St
Palo Alto , CA, 94301-1041

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                             **Server's signature**

                                       _____
                                       **Printed name and title**

                                         _____
                                         **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| Mr. William D. Forsyth III | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Mr. William D. Forsyth III
400 Skokie Boulevard, Suite 500
Northbrook, IL 60062-7905

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                              **Server's signature**

                                              _____
                                              **Printed name and title**

                                              _____
                                              **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* )<br>**v.** )<br> )<br>ALEXANDER W McALISTER )<br> )<br> )<br> )<br> )<br>*Defendant* | **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ALEXANDER W McALISTER
4350 Congress Street Suite 1000
Charlotte, NC 28209 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____**5/26/2021**_____

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| MARK L HENNEMAN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Mark L. Henneman Chairman & CEO
    332 Minnesota Street
    St. Paul, MN 55101 USA

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|   |   |   |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JOSEPH H MOGLIA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOSEPH H MOGLIA
9130 Galleria Court 3rd Floor
Naples, FL 34109 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑      I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑      I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑      I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑      I returned the summons unexecuted because _____; or

❑      Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                 Server's signature

                             _____
                                  Printed name and title

                             _____
                                   Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| TOM CALLAHAN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Tom Callahan
> 3555 Timmons Lane, Suite 600
> Houston, TX 77027



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏  **I personally served the summons on the defendant at**
   *(place)*_____
   **on** *(date)* _____; **or**

❏  **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____, **a person of suitable age and discretion who**
   **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
   **known address; or**

❏  **I served the summons on** *(name of individual)* _____,
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ **on** *(date)* _____; **or**

❏  **I returned the summons unexecuted because** _____; **or**

❏  **Other** *(specify)*:
   _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                    **Server's signature**

                                          _____
                                                    **Printed name and title**

                                          _____
                                                    **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| AARON M BELTRAMI | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

     Aaron M. Beltrami,
     50 FEDERAL STREET SUITE 810
     BOSTON MA 02110



     **A lawsuit has been filed against you.**

     **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

     ANDRE A DAVIS
     P . O . BOX 551329
     GASTONIA, NC 28054

     PLAINTIFF IN PRO PER

     **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____
                                     _____
                                           **Server's signature**

                                     _____
                                         **Printed name and title**

                                       _____
                                          **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| ***Plaintiff*** | ) |
| **v.** | ) |
| | ) Civil Action No. |
| | ) |
| ZACHARY EDWARD HILLARD | ) |
| | ) |
| | ) |
| | ) |
| ***Defendant*** | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ZACHARY EDWARD HILLARD
100 West University Avenue
Champaign, IL 61820 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                       Server's signature

                                _____
                                      Printed name and title

                                _____
                                      Server's address


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DOUGLAS C CHAMBERLAIN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DOUGLAS C CHAMBERLAIN
One Post Office Square 6th Floor
Boston, MA 02109 United States



**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date      **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| ANDREW P SEGAL | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Andrew P. Segal
777 3rd Avenue,
38th Floor
New York, NY 10017 United States



**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date     **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                 **Server's signature**

                           _____
                                      **Printed name and title**

                           _____
                                         **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| JIM JACOBS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JIM JACOBS
1701 North Towanda Avenue
Bloomington, IL 61701 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date    **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| MARK A THOMPSON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> MARK A THOMPSON  CEO
> 1200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                  **Server's signature**

                                                                  _____
                                                                  **Printed name and title**

                                                                  _____
                                                                  **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| **v.** | ) | **Civil Action No.** |
|  | ) |  |
| JOHN S McFARLAN | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN S McFARLAN PRINCIPAL
Penn Davis McFarland, Inc.
2626 Cole Ave.LB 24
Dallas, TX 75204

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____                _____
                                             **Server's signature**

                                 _____
                                      **Printed name and title**

                                 _____
                                      **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| STEPHEN J AMYOUNY | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> STEPHEN J AMYOUNY
> One Beacon Street
> 33rd Floor
> Boston MA 02108



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                        **Server's signature**

                                        _____
                                        **Printed name and title**

                                          _____
                                          **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ROBERT A CASE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT A CASE
1325 Avenue of the Americas
New York, NY 10019 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
       *(place)*_____
       on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
       _____, a person of suitable age and discretion who
       resides there, on *(date)* _____, and mailed a copy to the individual's last
       known address; or

❑     I served the summons on *(name of individual)* _____,
       who is designated by law to accept service of process on behalf of *(name of organization)*
       _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
       _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

                                       _____
                                                **Server's signature**

                                       _____
                                              **Printed name and title**

                                       _____
                                               **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ALEX WANG | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> ALEX WANG
> NBC Tower, 455 North City front Plaza, Suite 3000
> Chicago, IL 60611 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank D. John*

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                        Server's signature


                                                                        _____
                                                                        Printed name and title


                                                                        _____
                                                                        Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| JENNIFER M JOHNSON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JENNIFER M JOHNSON
One Franklin Parkway Building 970, 1st Floor
San Mateo, CA 94403

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

                         _____
                                     **Server's signature**

                         _____
                                   **Printed name and title**

                         _____
                                   **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
|  | ) |
| RYAN CHARLES | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RYAN CHARLES
2949 East Elvira Road Suite 101
Tucson, AZ 85706

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

_Frank G. John_
Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                  Server's signature

                                          _____
                                        Printed name and title

                                          _____
                                          Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** | ) <br> )    **Civil Action No.** <br> ) |
| James A Diedrich | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

James A Diedrich
333 West Wacker Drive
Chicago, IL 60606 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank G. John_

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                    Server's signature

                           _____
                                           Printed name and title

                           _____
                                            Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
|  | ) |
| BEVERLY M BEARDEN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BEVERLY M BEARDEN
888 Boylston Street
Boston, MA 02199 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>**v.**<br><br>GEORGE WILCOX<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GEORGE WILCOX  PRESIDENT
45 Rockefeller Plaza #630
New York, NY 10111

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date     **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
       *(place)*_____
       on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
       _____, a person of suitable age and discretion who
       resides there, on *(date)* _____, and mailed a copy to the individual's last
       known address; or

❏     I served the summons on *(name of individual)* _____,
       who is designated by law to accept service of process on behalf of *(name of organization)*
       _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
       _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____           _____
                                                      Server's signature

                                               _____
                                                   Printed name and title

                                                   _____
                                                   Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| CHRISTOPHER C DAVIS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHRISTOPHER C. DAVIS
2949 East Elvira Road Suite 101
Tucson, AZ 85706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                       Server's signature

                                       _____
                                       Printed name and title

                                       _____
                                       Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| GEORGE WILCOX | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GEORGE WILCOX  PRESIDENT
45 Rockefeller Plaza #630
New York, NY 10111

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*signature*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                              Server's signature

                                                        _____
                                                              Printed name and title

                                                        _____
                                                              Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| KURT HENRY WALTER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KURT HENRY WALTER
45 School Street 5th Floor
Boston, MA 02108 United States


**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank G. John_

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                   Server's signature

                                     _____
                                               Printed name and title

                                     _____
                                               Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| MARK ANDREW FIEDLER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> MARK ANDREW FIEDLER
> 16435 North Scottsdale Road Suite 105
> Scottsdale, AZ 85254 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____**5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                 **Server's signature**


                                                         _____
                                                                 **Printed name and title**


                                                         _____
                                                                 **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| MALTE KIRCHNER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Malte Kirchner
> Dronning Eufemias gate 30
> Oslo, N-0021 Norway

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____            _____
                                                           Server's signature

                                                      _____
                                                           Printed name and title

                                                      _____
                                                           Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| RICHARD F KARGER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RICHARD F KARGER
311 South Wacker Drive Suite 6500
Chicago, IL 60606 United States

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                              **Server's signature**

                                                              _____
                                                              **Printed name and title**

                                                              _____
                                                              **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| RANDY PITCHFORD | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RANDY PITCHFORD
230 Congress Street
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. Johns, Clerk*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____     _____
                                                   Server's signature

                                          _____
                                               Printed name and title

                                          _____
                                               Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MARK W MULLNS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
MARK W MULLNS
11111 Santa Monica Blvd Suite 820
Los Angeles, CA 90025 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                         **Server's signature**

                                         _____
                                         **Printed name and title**

                                         _____
                                         **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
|  | ) | |
| BEVERLY HODGES | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BEVERLY HODGES
8401 United Plaza Blvd 1st Floor
Baton Rouge, LA 70809 United States

**A lawsuit has been filed against you.**

**Within 21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                                   Server's signature

                                    _____
                                    Printed name and title

                                    _____
                                    Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| MARK VASQUEZ | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARK VASQUEZ
1055 WESTLAKES DRIVE
SUITE 300
BERWYN PA 19312



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____ .

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑   I returned the summons unexecuted because _____ ; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

*Plaintiff*         )

v.              )     **Civil Action No.**

                )

MORTIMER JOSEPH BUCKLEY   )

                )

                )

                )

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MORTIMER JOSEPH BUCKLEY
100 Vanguard Blvd Malvern,
PA 19355 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                             **Server's signature**

                                      _____
                                     **Printed name and title**

                                      _____
                                      **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ROBERT L MOODY SR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT L MOODY SR
2302 Post Office Galveston,
TX 77550 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____**5/26/2021**_____

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                                                    Server's signature

                                                                    _____
                                                                                    Printed name and title

                                                                    _____
                                                                                    Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
|  | ) |
| PAUL R STEWART | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> PAUL R STEWART  PRESIDENT
> 312 Walnut Street 35th Floor
> Cincinnati, OH 45202 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

<table>
<tr><td><em>Plaintiff</em></td><td>)</td><td rowspan="7"><strong>Civil Action No.</strong></td></tr>
<tr><td><strong>v.</strong></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>ARTHUR DANTCHIK</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><em>Defendant</em></td><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ARTHUR DANTCHIK
401 City Avenue
Bala Cynwyd, PA 19004 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                   Server's signature

                                        _____
                                                   Printed name and title

                                        _____
                                                   Server's address


Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| RAJIV JAIN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
> RAJIV JAIN
> 350 E Las Olas Blvd Suite 1100 Ft
> Lauderdale, FL 33301 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date **5/26/2021**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

was received by me on *(date)* _____.

❑ **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❑ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; **or**

❑ **I returned the summons unexecuted because** _____; **or**

❑ **Other** *(specify)*:
_____

My fees are \$ _____ for travel and \$ _____ for services, for a total of \$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| LANTON SPAHR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    LANTON SPAHR
    1290 Broadway Suite 1100
    Denver, CO 80203 United States

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑     **I personally served the summons on the defendant at** *(place)*_____ **on** *(date)* _____ ; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____ **, a person of suitable age and discretion who resides there, on** *(date)* _____ **, and mailed a copy to the individual's last known address; or**

❑     **I served the summons on** *(name of individual)* _____ , **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____ ; or

❑     **I returned the summons unexecuted because** _____ ; or

❑     **Other** *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ALFRED P WEST JR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ALFRED P WEST JR
1 Freedom Valley Drive
Oaks, PA 19456 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____**5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                              Server's signature

                                              _____
                                                              Printed name and title

                                              _____
                                                              Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| PATRICK WALLSCHLAEGAR | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Patrick Wallschlaeger
100 Enterprise Drive, Suite 504,
Rockaway, NJ 07866

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                          Server's signature

      _____
                                          Printed name and title

      _____
                                          Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| SETH PERRY BERNSTEIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

SETH PERRY BERNSTEIN
1345 Avenue of the Americas
New York, NY 10105 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑      I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑      I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑      I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑      I returned the summons unexecuted because _____; or

❑      Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| WAYNE REISNER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WAYNE S REISNER
320 Park Avenue 18th Floor
New York, NY 10022 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| KATERS WELT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> KATERS WELT  PRINCIPLE
> Mainzer Landstrasse 16
> Frankfurt am Main, 60325 Germany

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     I returned the summons unexecuted because _____ ; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                   Server's signature

                                            _____
                                                 Printed name and title

                                            _____
                                                     Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| MARC IRWIN STERN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> MARC IRWIN STERN
> 865 South Figueroa Street Suite 1800
> Los Angeles, CA 90017 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date _____**5/26/2021**_____

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on *(date)*** _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, **a person of suitable age and discretion who**
**resides there, on *(date)*** _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on *(name of individual)*** _____,
**who is designated by law to accept service of process on behalf of *(name of organization)***
_____ **on *(date)*** _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other *(specify)*:**
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                  Server's signature

                                               _____
                                               Printed name and title

                                               _____
                                               Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| THOMAS P GIBBONS | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS P GIBBONS
240 Greenwich Street
New York, NY 10286

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____**5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

      This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____ ; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ , **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
      **known address; or**

❏    **I served the summons on** *(name of individual)* _____ ,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ ; **or**

❏    **I returned the summons unexecuted because** _____ ; **or**

❏    **Other** *(specify):*
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____               _____
                                                **Server's signature**

                                            _____
                                              **Printed name and title**

                                            _____
                                                **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MARSHALL B FRONT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Marshall B. Front
> 70 West Madison Street  Suite 4920
> Chicago, IL 60602

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     **(place)** _____
     **on** *(date)* _____**; or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____**, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____**,**
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____**; or**

❏    **I returned the summons unexecuted because** _____**; or**

❏    **Other** *(specify)***:**
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:** _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| KEVIN M MEAGHAR ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
> KEVIN M MEAGHAR
> Pembroke Hall 42 Crow Lane
> P.O.Box HM 670
> Hamilton BM HM 19

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____              _____
                                                              Server's signature

                                           _____
                                                              Printed name and title

                                           _____
                                                              Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| TIMOTHY CORCORAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Timothy Corcoran
1 Nationwide Plaza
Columbus, OH 43215 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏     I returned the summons unexecuted because _____ ; or

❏     Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

 

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>v.<br><br>ROBERT LLOYD REYNOLDS<br><br><br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT LLOYD REYNOLDS
30 Dan Road
Canton, MA 02021 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on *(date)*** _____ ; or

❏    **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on *(name of individual)*** _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    **I returned the summons unexecuted because** _____ ; or

❏    **Other *(specify)*:**
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                  **Server's signature**

                                                _____
                                                **Printed name and title**

                                                _____
                                                **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DAVID M SOLOMON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID M SOLOMON
200 West Street
New York, NY 10282 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

Case 3:21-cv-00228-GCM    Document 2    Filed 05/26/21    Page 427 of 1292

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> THASUNDA BROWN DUCKETT <br><br><br> *Defendant* | ) <br> )    **Civil Action No.** <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
> THASUNDA BROWN DUCKETT
> 730 3rd Avenue Bsmt 2a
> New York, NY 10017 United States

     **A lawsuit has been filed against you.**

     **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

     **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank D. John* (signature)

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

☐    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

☐    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

☐    **I returned the summons unexecuted because** _____; **or**

☐    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.


**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                        |   |                   |
|------------------------|---|-------------------|
| *Plaintiff*            | ) |                   |
| **v.**                 | ) | **Civil Action No.** |
|                        | ) |                   |
| VICTOR SHENG ZHANG     | ) |                   |
|                        | ) |                   |
|                        | ) |                   |
|                        | ) |                   |
| *Defendant*            |   |                   |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
VICTOR SHENG ZHANG
4500 Main Street Kansas City, MO
KANSAS CITY MO 64111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date **5/26/2021**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                  **Server's signature**

                                        _____
                                                  **Printed name and title**

                                        _____
                                                  **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| David Gilbert Booth | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

David Gilbert Booth
Chairman/Co-Founder
Dimensional Place 6300 Bee Cave Road, Building 1
Austin, TX 78746 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DAVID G VAN HOOSER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
DAVID G VAN HOOSER
111 South Wacker Drive 34th Floor
Chicago, IL 60606 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify):*

_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.


**Date:**_____

               _____
                                  **Server's signature**

               _____
                                **Printed name and title**

               _____
                                  **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ROBERT W SHARPS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ROBERT W SHARPS
100 East Pratt Street
Baltimore, MD 21202 United States



    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank G. John* (signature)

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ on *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:

_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                    Server's signature

                                                         _____
                                                                    Printed name and title

                                                         _____
                                                                    Server's address


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| KESSEL D STELLING JR | ) | |
| . | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
KESSEL D STELLING JR
1111 Bay Avenue Suite 500
Columbus, GA 31901 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                         **Server's signature**

                                                 _____
                                                     **Printed name and title**

                                                 _____
                                                       **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| NIGEL HIGGINS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

NIGEL HIGGINS
1 Churchill Place
London, E14 5HP United Kingdom



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at *(place)*_____

     on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❑     I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:

     _____

My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| MARSHALL CHARLES BAILEY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
MARSHALL CHARLES BAILEY
Ropemaker Place 25 Ropemaker Street
London, EC2Y 9AJ United Kingdom



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                           Server's signature

                                        _____
                                          Printed name and title

                                           _____
                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
|  | ) |
| JOSEPH B WERNER | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOSEPH B WERNER
545 Madison Avenue
New York, NY 10022 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| BENJAMIN GABBAY | ) |
|  | ) |
|  | ) |
|  | ) |

**Civil Action No.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
BENJAMIN GABBAY
53 Derech Hashalom
Givataim, 53454 Israel



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify):*
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                              **Server's signature**

                              _____
                                      **Printed name and title**

                              _____
                                        **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Park Hyeon-Joo | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Park Hyeon-Joo     Global Investment Strategy Officer
East Tower 36F, Mirae Asset Center 1 Bldg, 67,
Suha-dong Seoul, 100-210 Korea, Republic of (South)



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑　　**I personally served the summons on the defendant at**
　　*(place)*_____
　　**on** *(date)* _____; or

❑　　**I left the summons at the individual's residence or usual place of abode with** *(name)*
　　_____, **a person of suitable age and discretion who**
　　resides there, on *(date)* _____, **and mailed a copy to the individual's last**
　　**known address; or**

❑　　**I served the summons on** *(name of individual)* _____,
　　**who is designated by law to accept service of process on behalf of** *(name of organization)*
　　_____ **on** *(date)* _____; or

❑　　**I returned the summons unexecuted because** _____; or

❑　　**Other** *(specify)*:
　　_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Server's address*

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| MICHAEL KELLEN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL KELLEN
1345 Avenue of the Americas 48th Floor
New York, NY 10105 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| CHAT REYNDERS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHAT REYNDERS
121 High Street
Boston, MA 02110
Phone: 1-617-226-9999

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| SUSAN NANCE ROTH | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

SUSAN NANCE ROTH
1 Fountain Square
Chattanooga, TN 37402 United States

➕

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                               **Server's signature**

                                               _____
                                               **Printed name and title**

                                               _____
                                               **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| Craig R. Barrett | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Craig R. Barrett
42 Weybosset Street
Providence, RI 02903 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                          Server's signature

                                                _____
                                                          Printed name and title

                                                _____
                                                          Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| HEENAM CHOI | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HEENAM CHOI
17 18F State Tower Namsan 100 Toegye-ro Jung-gu
Seoul, 100-052 Korea, Republic of (South)

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank G. John_

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| Charles F. Pollnow IV | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Charles F. Pollnow IV
> 1301 2nd Avenue Suite 2850
> Seattle, WA 98101 United States

**A lawsuit has been filed against you.**

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____                    _____
                                                              **Server's signature**

                                                     _____
                                                              **Printed name and title**

                                                     _____
                                                              **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MIKE BROWN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MIKE BROWN
1 Winthrop Square
Boston, MA 02110 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.

## In The General Court Of Justice
☒ District ☐ Superior Court Division

**Name And Address Of Plaintiff 1**
ANDRE ANTONIO DAVIS
PO BOX 551329
GASTONIA, NC 28054

**Name And Address Of Plaintiff 2**

## GENERAL CIVIL ACTION COVER SHEET

☒ INITIAL FILING ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

### VERSUS

**Name And Address Of Defendant 1**
Korea Investment Corp
HEENAM CHOI    BOARD MEMBER
17 18F State Tower Namsan 100 Toegye-ro
Jung-gu
Seoul, 100-052 Korea, Republic of (South)

**Summons Submitted**  ☒ Yes  ☐ No

**Name And Address Of Defendant 2**

**Summons Submitted**  ☐ Yes  ☐ No

**Name And Address Of Attorney Or Party, If Not Represented**
(complete for initial appearance or change of address)

ANDRE ANTONIO DAVIS

PLAINTIFF IN PRO PER

| Telephone No. | Cellular Telephone No. |
|---|---|

| NC Attorney Bar No. | Attorney Email Address |
|---|---|

☐ Initial Appearance in Case  ☐ Change of Address

| Name Of Firm | Fax No. |
|---|---|

**Counsel For**
☐ All Plaintiffs  ☐ All Defendants  ☐ Only: (list party(ies) represented)

☒ Jury Demanded In Pleading  ☐ Complex Litigation  ☐ Stipulate to Arbitration

## TYPE OF PLEADING

(check all that apply)

☐ Amend (AMND)
☐ Amended Answer/Reply (AMND-Response)
☐ Amended Complaint (AMND)
☐ Assess Costs (COST)
☐ Answer/Reply (ANSW-Response) (see Note)
☐ Change Venue (CHVN)
☒ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL)
☐ Contempt (CNTP)
☐ Continue (CNTN)
☐ Compel (CMPL)
☐ Counterclaim (CTCL) Assess Court Costs
☐ Crossclaim (list on back) (CRSS) Assess Court Costs
☐ Dismiss (DISM) Assess Court Costs
☐ Exempt/Waive Mediation (EXMD)
☐ Extend Statute Of Limitations, Rule 9 (ESOL)
☐ Extend Time For Complaint (EXCO)
☐ Failure To Join Necessary Party (FJNP)

☐ Failure To State A Claim (FASC)
☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
☐ Improper Venue/Division (IMVN)
☐ Including Attorney's Fees (ATTY)
☐ Intervene (INTR)
☐ Interplead (OTHR)
☐ Lack Of Jurisdiction (Person) (LJPN)
☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
☐ Modification Of Child Support In IV-D Actions (MSUP)
☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
☐ Petition To Sue As Indigent (OTHR)
☐ Rule 12 Motion In Lieu Of Answer (MDLA)
☐ Sanctions (SANC)
☐ Set Aside (OTHR)
☐ Show Cause (SHOW)
☐ Transfer (TRFR)
☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
☐ Vacate/Modify Judgment (VCMD)
☐ Withdraw As Counsel (WDCN)
☐ Other (specify and list each separately)

**NOTE:** _All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet._

Case 3:21-cv-00228-GCM    Document 2    Filed 05/26/21    Page 464 of 1292

(Over)

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| RUPERT HARRIS JOHNSON JR | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RUPERT HARRIS JOHNSON JR
1 Franklin Parkway
San Mateo, CA 94403 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                              Server's signature

                                                      _____
                                                              Printed name and title

                                                      _____
                                                              Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> GEORGE H WALKER IV <br><br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GEORGE H WALKER IV
1290 Avenue of the Americas
New York, NY 10104 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____            _____
                                                                Server's signature

                                                   _____
                                                                Printed name and title

                                                   _____
                                                                Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| BRYANT BARNES | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRYANT BARNES
4520 Main Street Suite 175
Kansas City, MO 64111 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____

        on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who

        resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

          _____
                      **Server's signature**

          _____
                      **Printed name and title**

          _____
                      **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** <br> **v.** | ) <br> )    **Civil Action No.** <br> ) |
| R. Kevin Hardage | ) <br> ) <br> ) <br> ) <br> ) |
| **Defendant** | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

R. Kevin Hardage
3838 Oak Lawn Avenue Suite 1650
Dallas, TX 75219 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date    **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     **(place)**_____
     **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                    **Server's signature**

                                          _____
                                                    **Printed name and title**

                                          _____
                                                    **Server's address**

**Additional information regarding attempted service, etc:**

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| R. Kevin Hardage | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

R. Kevin Hardage
3838 Oak Lawn Avenue Suite 1650
Dallas, TX 75219 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____       _____
                                                       **Server's signature**

                                      _____
                                                  **Printed name and title**

                                      _____
                                                  **Server's address**


Additional information regarding attempted service, etc:

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| RONALD D FRASHURE | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RONALD D FRASHURE
260 Franklin Street
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| Doug McClean | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Doug McClean
800 N. CHARLES ST SUITE 500
BALTIMORE MD 21201

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                 **Server's signature**

                                                 _____
                                                 **Printed name and title**

                                                 _____
                                                 **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |     |                         |
|--------------------------|-----|-------------------------|
| *Plaintiff*              | )   | **Civil Action No.**    |
| v.                       | )   |                         |
|                          | )   |                         |
| LAWRENCE S BLOOMBERG     | )   |                         |
|                          | )   |                         |
|                          | )   |                         |
|                          | )   |                         |
| *Defendant*              | )   |                         |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LAWRENCE S BLOOMBERG
TD North Tower, Financial Dist 77 King Street West, Ste 4220
Toronto, ON M5K 1H1 Canada



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| JIM HALL | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JIM HALL
600, 517 - 10th Avenue SW
Calgary, Alberta T2R 0A8 Canada



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | ) |
|  | ) |
| LAWSON C ALLEN | ) |
|  | ) |
|  | ) |
|  | ) |

Civil Action No.

**Defendant**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LAWSON C ALLEN
One American Center
3100 West End Avenue, Suite 1250
Nashville, Tennessee 37203

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                               **Server's signature**

                                           _____
                                           **Printed name and title**

                                           _____
                                           **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| JENS HENRIKSSON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JENS HENRIKSSON PRESIDENT /CEO
Landsvagen 40 Sundbyberg, 172 63 Sweden



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_Frank D. John_

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                    **Server's signature**


                                          _____
                                                    **Printed name and title**


                                          _____
                                                    **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| TIMOTHY J RIDDLE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

TIMOTHY J RIDDLE
1205 Westlakes Drive Suite 100
Berwyn, PA 19312 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                              **Server's signature**


                                                              _____
                                                              **Printed name and title**


                                                              _____
                                                              **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>**v.** | )<br>)<br>) **Civil Action No.** |
| DAVID H LILLARD JR | )<br>.)<br>)<br>)<br>) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID H LILLARD JR
312 Rosa L Parks Avenue
Nashville, TN 37243 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                      **Server's signature**


                                        _____
                                                      **Printed name and title**


                                        _____
                                                      **Server's address**



Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| PAUL W DERKSEN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PAUL W DERKSEN
2 Queen Street East 20th Floor
Toronto, ON M5C 3G7 Canada

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*[signature]*

Frank G. Johns, Clerk
United States District Court

Date _____**5/26/2021**_____

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
| | ) |
| Donald R. Jowdy | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Donald R. Jowdy
> 5550 W. Executive Dr., Suite 320
> Tampa, FL 33609



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

Date **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏  I returned the summons unexecuted because _____; or

❏  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                                  **Server's signature**


                                                        _____
                                                                  **Printed name and title**


                                                        _____
                                                                  **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| EDGAR DAVID COOLIDGE III | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

EDGAR DAVID COOLIDGE III
222 West Adams Street
Chicago, IL 60606 United States



**A lawsuit has been filed against you.**

**Within 21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

**I declare under penalty of perjury that this information is true.**

Date:_____

                                                        _____
                                                            **Server's signature**

                                                           _____
                                                           **Printed name and title**

                                                           _____
                                                           **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>**v.**<br><br>STEVEN T ROMICK<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN T ROMICK
11601 Wilshire Blvd Suite 1200
Los Angeles, CA 90025 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                    **Server's signature**

                                           _____
                                           **Printed name and title**

                                           _____
                                           **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>**v.**<br><br>STEVEN T ROMICK<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     **Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN T ROMICK
11601 Wilshire Blvd Suite 1200
Los Angeles, CA 90025 United States



**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                  Server's signature

                                          _____
                                                  Printed name and title

                                          _____
                                                  Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
|  | ) |
| Nels Wangensteen | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Nels Wangensteen
950 Third Avenue 18th Floor
New York, NY 10022 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____            _____
                                                             Server's signature

                                                     _____
                                                             Printed name and title

                                                     _____
                                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
|  | ) |
| JAMES McCONVILLE | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JAMES McCONVILLE
Saint Helen's 1 Undershaft
London, EC3P 3DQ United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| KAREN LYNN McCLINTOCK | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KAREN LYNN McCLINTOCK
39533 Woodward Avenue Suite 302
Bloomfield Hills, MI 48304 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑      **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❑      **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑      **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❑      **I returned the summons unexecuted because** _____; **or**

❑      **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                               **Server's signature**

                                        _____
                                          **Printed name and title**

                                          _____
                                               **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> ROBERT J CAMPBELL <br><br><br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> ROBERT J CAMPBELL
> 565 Fifth Avenue 19th Floor
> New York, NY 10017 United States



**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____**5/26/2021**_____

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| KAREN LYNN McCLINTOCK | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KAREN LYNN McCLINTOCK
39533 Woodward Avenue Suite 302
Bloomfield Hills, MI 48304 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ROBERT OROS | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT OROS
200 West Madison Street Suite 2500
Chicago, IL 60606 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____ .

❏   **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____ ; **or**

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏   **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❏   **I returned the summons unexecuted because** _____ ; **or**

❏   **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  | ) |  |
|---|---|---|
| **Plaintiff** | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| THOMAS S JONES | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> THOMAS S JONES
> 301 East Colorado Blvd., Suite 802
> Pasadena, CA 91101

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                      Server's signature

                                    _____
                                                 Printed name and title

                                    _____
                                                    Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>**v.** | ) <br> )    **Civil Action No.** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| AMANDA J SCHULTZ BROWN | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> AMANDA J SCHULTZ BROWN
> 1601 Rickenbacker Drive   Suite 9
> Sun City Center, FL 33573-5223

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                           Server's signature

                                             _____
                                           Printed name and title

                                             _____
                                             Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* )<br>**v.** )<br> )<br>KIM ROGER McCANT )<br> )<br> )<br> )<br> )<br>*Defendant* | **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KIM ROGER McCANT
265 Franklin Street 21st Floor
Boston, MA 02110 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                              Server's signature

                                                 _____
                                                              Printed name and title

                                                 _____
                                                              Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| K THOR LUNDGREN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

K THOR LUNDGREN
615 East Michigan Street 3rd Floor
Milwaukee, WI 53202 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____5/26/2021_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                Server's signature

                                 _____
                                 Printed name and title

                                 _____
                                 Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JAMES H DAVIDSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JAMES H DAVIDSON
901 15th Street NW Suite 500
Washington, DC 20005 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                         Server's signature

                                                  _____
                                        Printed name and title

                                                  _____
                                          Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| PATRICK R WALLCE | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PATRICK R WALLCE
301 E Main St, Ligonier, PA 15658

**A lawsuit has been filed against you.**

   Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

                                   _____
                                           **Server's signature**

                                   _____
                                       **Printed name and title**

                                   _____
                                          **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| ANA BOTIN SANZ D SAUTUOLA Y O SHEA ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ANA BOTIN SANZ D SAUTUOLA Y O SHEA
Avenida de Cantabria s/n Boadilla del Monte
Madrid, 28660 Spain



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
**resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❏    **I returned the summons unexecuted because** _____ ; **or**

❏    **Other** *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                             **Server's signature**

                                                  _____
                                                **Printed name and title**

                                                  _____
                                                  **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| JANE B PAGE | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JANE B PAGE
712 Main Street Suite 2500
Houston, TX 77002 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank D. John*

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                            **Server's signature**

                                        _____
                                        **Printed name and title**

                                        _____
                                          **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| Thomas P. Meehan | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
> Thomas P. Meehan
> 7250 Woodmont Avenue, Suite 315
> Bethesda, MD 20814



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date ___5/26/2021___

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                 Server's signature

                                         _____
                                             Printed name and title

                                         _____
                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| STEVEN VAN RIJSWIJK | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
STEVEN VAN RIJSWIJK
Bijlmerplein 888
Amsterdam, 1102 MG Netherlands



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:

_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                              **Server's signature**

                                                         _____
                                                              **Printed name and title**

                                                         _____
                                                              **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| BRIAN D McCHESNEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRIAN D McCHESNEY
40 King Street West Scotia Plaza 68th Floor
Toronto, ON M5W 2X6 Canada



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                            Server's signature

                                         _____
                                           Printed name and title

                                           _____
                                           Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| ALISON A BERMAN ESQ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ALISON A BERMAN ESQ
1 Bridge Plaza Suite 695
Fort Lee, NJ 07024 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
       *(place)*_____
       on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
       _____, a person of suitable age and discretion who
       resides there, on *(date)* _____, and mailed a copy to the individual's last
       known address; or

❏    I served the summons on *(name of individual)* _____,
       who is designated by law to accept service of process on behalf of *(name of organization)*
       _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
       _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                                  Server's signature

                                                        _____
                                                                  Printed name and title

                                                        _____
                                                                  Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| ANTHONY ROSENFELDER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
> ANTHONY ROSENFELDER
> Riverside House
> 2a Southwark Bridge Road
> London SE1 9HA
> United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____**5/26/2021**_____

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                      **Server's signature**


                                            _____
                                                      **Printed name and title**


                                            _____
                                                      **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| PAUL ROBERT STOCKTON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
PAUL ROBERT STOCKTON
8 Finsbury Circus
London, EC2M 7AZ United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                           Server's signature

                                                   _____
                                                           Printed name and title

                                                   _____
                                                           Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> G PIERRE LAPOINTE <br><br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    G PIERRE LAPOINTE
    1010 Sherbrooke Street West 20th Floor
    Montreal, QC H3A 2R7 Canada

**A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❑ **I served the summons on** *(name of individual)* _____**,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____**; or**

❑ **I returned the summons unexecuted because** _____**; or**

❑ **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                             **Server's signature**

                                             _____
                                             **Printed name and title**

                                             _____
                                             **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| J KEVIN CALLAGHAN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

J KEVIN CALLAGHAN
1420 5th Avenue Suite 3200
Seattle, WA 98101 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

*[signature]* Frank G. Johns

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| DONALD A BECHTER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DONALD A BECHTER
115 S. LaSalle, 34th Floor
Chicago, IL 60603

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                          **Server's signature**


                                          _____
                                          **Printed name and title**


                                          _____
                                          **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff*<br>v.<br><br>HOMER BAIRD<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> HOMER BAIRD
> 3838 Oak Lawn Ave Ste 820
> Dallas , TX, 75219-4509



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____**5/26/2021**_____

_Frank D. John_
Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                          Server's signature

                                            _____
                                            Printed name and title

                                            _____
                                            Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
|  | ) |
| BENJAMIN GABBAY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
BENJAMIN GABBAY
53 Derech Hashalom
Givataim, 53454 Israel

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
     *(place)* _____
     on *(date)* _____ ; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____ , a person of suitable age and discretion who
     resides there, on *(date)* _____ , and mailed a copy to the individual's last
     known address; or

❏    **I served the summons on** *(name of individual)* _____ ,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❏    **I returned the summons unexecuted because** _____ ; or

❏    **Other** *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| ROBERT ZEVIN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ROBERT ZEVIN
11 Beacon Street Suite 1125
Boston, MA 02108 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑      **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑      **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑      **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑      **I returned the summons unexecuted because** _____; **or**

❑      **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| JOHN McFARLANE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JOHN McFARLANE
275 Kent Street Level 18,
Sydney, NSW 2000 Australia



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
| | ) |
| JUNICHI SAYATO | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JUNICHI SAYATO
605 Third Avenue, 38th Floor
New York, NY 10158, U.S.A.



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                 **Server's signature**

                                              _____
                                              **Printed name and title**

                                              _____
                                              **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| PAUL WILLIAMS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
PAUL WILLIAMS
1825 NW Corporate Blvd., Suite 300
Boca Raton, FL 33431



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏   **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     _____, **and mailed a copy to the individual's last**
     **resides there, on** *(date)* _____
     **known address; or**

❏   **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏   **I returned the summons unexecuted because** _____; **or**

❏   **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____           _____
                                                          Server's signature

                                              _____
                                                          Printed name and title

                                              _____
                                                          Server's address


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| PAUL WILLIAMS | ) |
|  | ) |
|  | ) |
|  | ) |

Civil Action No.

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PAUL WILLIAMS
1825 NW Corporate Blvd., Suite 300
Boca Raton, FL 33431



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
_____, and mailed a copy to the individual's last
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑　　I returned the summons unexecuted because _____; or

❑　　Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____　　　_____
　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JOAN ROCKEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JOAN ROCKEY
6 East 43rd Street
New York, NY 10017 United States



**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____**5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                  Server's signature

                                                        _____
                                                                  Printed name and title

                                                        _____
                                                                  Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| Tina Byles Williams ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Tina Byles Williams
> 1845 WALNUT STREET SUITE 800
> PHILADELPHIA PA 19103



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____       _____
                                                     Server's signature

                                               _____
                                                    Printed name and title

                                               _____
                                                     Server's address


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| Tina Byles Williams | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Tina Byles Williams
1845 WALNUT STREET SUITE 800
PHILADELPHIA PA 19103



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| JOHN LOCKE ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN LOCKE
6540 Southwest 10th Avenue
Topeka, KS 66615 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                         Server's signature

                                         _____
                                                      Printed name and title

                                         _____
                                                        Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| Mony Rueven | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Mony Rueven
    126 EAST 56TH STREET 16TH FLOOR
    NEW YORK NY 10022

**A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑　**I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑　**I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑　**I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑　**I returned the summons unexecuted because** _____; or

❑　**Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |   |                          |
|--------------------------|---|--------------------------|
| *Plaintiff*              | ) |                          |
| **v.**                   | ) | **Civil Action No.**     |
|                          | ) |                          |
|                          | ) |                          |
| IKE KIER                 | ) |                          |
|                          | ) |                          |
|                          | ) |                          |
|                          | ) |                          |
| *Defendant*              |   |                          |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

IKE KIER
3 Columbus Circle Suite 1402
New York, NY 10019 United States

⊞

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____**, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
     **known address; or**

❑     **I served the summons on** *(name of individual)* _____**,**
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____**; or**

❑     **I returned the summons unexecuted because** _____**; or**

❑     **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____

                              _____
                                           **Server's signature**

                              _____
                                         **Printed name and title**

                              _____
                                         **Server's address**


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| GREG D CARMICHAEL | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GREG D CARMICHAEL
Fifth Third Center 38 Fountain Square Plaza
Cincinnati, OH 45263 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    **This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____ .

❏    **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____ ; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____ **, a person of suitable age and discretion who**
    **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
    **known address; or**

❏    **I served the summons on** *(name of individual)* _____ **,**
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____ ; **or**

❏    **I returned the summons unexecuted because** _____ ; **or**

❏    **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| GREG D CARMICHAEL | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GREG D CARMICHAEL
Fifth Third Center 38 Fountain Square Plaza
Cincinnati, OH 45263 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| GEORGE STABLER LOENING | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GEORGE STABLER LOENING
380 Lafayette Street
New York, NY 10003 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____                          _____
                                                                                  Server's signature

                                                                           _____
                                                                                  Printed name and title

                                                                           _____
                                                                                  Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DANIEL CARROLL | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DANIEL CARROLL
261 Hamilton Avenue
Palo Alto, CA 94301 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| LORD JACAOB CHARLES  NATHANIEL R | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LORD JACAOB CHARLES  NATHANIEL R
Registered Office: 27 St James's Place
London SW1A 1NR United Kingdom



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date     **5/26/2021**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏     I returned the summons unexecuted because _____ ; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____       _____

                                        Server's signature

                           _____

                                     Printed name and title

                           _____

                                     Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
| | ) |
| STEVE ROGERS | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVE ROGERS
1875 Lawrence Street Suite 300
Denver, CO 80202 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                               Server's signature

                                               _____
                                               Printed name and title

                                               _____
                                               Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| BRAD ROLLINS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> BRAD ROLLINS
> 4200 West 115th Street Suite 200
> Leawood, KS 66211 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P.O. BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                           **Server's signature**

                                           _____
                                           **Printed name and title**

                                           _____
                                           **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| RICHARD WALKER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RICHARD WALKER
78 Cornhill London, EC3V 3QQ
United Kingdom



**A lawsuit has been filed against you.**

**Within 21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏     I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                          Server's signature

                                          _____
                                          Printed name and title

                                          _____
                                          Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| O MASON HAWKINS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

O MASON HAWKINS
6410 Poplar Avenue Suite 900
Memphis, TN 38119 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

*Frank G. Johns, Clerk*
Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| PAUL A MAHON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PAUL A MAHON
100 Osborne Street North Winnipeg, MB R3C 1V3
Canada

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____**5/26/2021**_____

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                           **Server's signature**

                                      _____
                                       **Printed name and title**

                                       _____
                                       **Server's address**


Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| JOSEPH ANTONELLIS | ) |
|  | ) |
|  | ) |
|  | ) |

Civil Action No.

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOSEPH C ANTONELLIS
380 Russell Street
Hadley, MA 01035 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                       **Server's signature**

                                        _____
                                                     **Printed name and title**

                                        _____
                                                     **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| AKHIL JAIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Akhil Jain
300 Barr Harbor Drive Suite 500
West Conshohocken, PA 19428

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date      **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                       Server's signature

                                     _____
                                       Printed name and title

                                       _____
                                       Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| STEVEN KASS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN KASS
55 EAST 52ND STREET, 18TH FLOOR
NEW YORK NY 10055

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021**

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                          **Server's signature**

                                             _____
                                             **Printed name and title**

                                             _____
                                             **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| E BLAKE MOORE JR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
E BLAKE MOORE JR
Touchstone Investments
c/o BNY Mellon Asset Servicing
P.O. Box 9878
Providence, RI 02940-8078

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____ **5/26/2021** _____

*Frank G. Johns, Clerk*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)*_____
on *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                    **Server's signature**

                                      _____
                                                **Printed name and title**

                                      _____
                                                **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

        *Plaintiff*

        **v.**

GAIL H KLAPPER

        *Defendant*

)
)
)
)
)
)
)
)

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    GAIL H KLAPPER
    8515 East Orchard Road
    Greenwood Village, CO 80111 United States

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ **, a person of suitable age and discretion who**
**resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❏     **I returned the summons unexecuted because** _____ ; **or**

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JAMES D HAMEL | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

James D. Hamel,
PO Box 219322
Kansas City, MO 64121-9322

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     I returned the summons unexecuted because _____ ; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                    **Server's signature**

                                                        _____
                                                                    **Printed name and title**

                                                        _____
                                                                    **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> STEVEN MICHAEL JOEK <br><br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
STEVEN MICHAEL JOENK
1290 Avenue of the Americas 16th Floor
New York, NY 10104 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at *(place)*_____ on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏    I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify):* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. |
| v. | ) |  |
|  | ) |  |
| WILLIAM HETHERINGTON BROWNE | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
WILLIAM HETHERINGTON BROWNE
1 Station Place
Stamford, CT 06902 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____ **; or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ **, a person of suitable age and discretion who**
**resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____**; or**

❑    **I returned the summons unexecuted because** _____**; or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |   |                    |
|--------------------------|---|--------------------|
| *Plaintiff*              | ) |                    |
| v.                       | ) | **Civil Action No.** |
|                          | ) |                    |
| JOHN EDSTEIN             | ) |                    |
|                          | ) |                    |
|                          | ) |                    |
|                          | ) |                    |
| *Defendant*              | ) |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN EDSTEIN
50 Martin Place
Sydney, NSW 2000 Australia



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| JOHN STUDZINSKI | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN STUDZINSKI
650 Newport Center Drive
Newport Beach, CA 92660 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                              **Server's signature**

                                              _____
                                             **Printed name and title**

                                              _____
                                              **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| SCOTT NEU CFA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
   SCOTT NEU CFA
   945 East Paces Ferry Rd NE, Suite 2275
   Atlanta GA 30326



   **A lawsuit has been filed against you.**

   Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   ANDRE A DAVIS
   P . O . BOX 551329
   GASTONIA, NC 28054

   PLAINTIFF IN PRO PER

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                           Server's signature

                                   _____
                                      Printed name and title

                                   _____
                                      Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| JEROLD H RUBINSTEIN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JEROLD H RUBINSTEIN
7900 Callaghan Road
San Antonio, TX 78229 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    Server's signature

                                        _____
                                                    Printed name and title

                                        _____
                                                    Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| DOUGLAS ROTH | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> DOUGLAS ROTH
> 500 Glenpointe Centre
> West Teaneck, NJ 07666 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on *(date)*** _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, **a person of suitable age and discretion who**
**resides there, on *(date)*** _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on *(name of individual)*** _____,
**who is designated by law to accept service of process on behalf of *(name of organization)***
_____ **on *(date)*** _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other *(specify)*:**
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

<table>
<tr><td><em>Plaintiff</em><br>v.<br><br>MICHAEL DOBSON<br><br><br><em>Defendant</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Michael Dobson
1 London Wall Place
London, EC2Y 5AU United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date _____**5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____              _____
                                              **Server's signature**

                                              _____
                                              **Printed name and title**

                                              _____
                                              **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DANIEL DE PICCIOTTO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Daniel de Picciotto
Place Camoletti 6 2nd Floor
Geneva, 1207 Switzerland

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                               **Server's signature**

                                                _____
                                                **Printed name and title**

                                                _____
                                                **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )      **Civil Action No.** |
|  | ) |
| HARRY M KEILEY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HARRY M KEILEY
100 Waterfront Place MS-4
West Sacramento, CA 95605 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❑     I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                         Server's signature

                             _____
                                  Printed name and title

                             _____
                                     Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
| | ) |
| Roger W. Crandall | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Roger W. Crandall
100 Bright Meadow Blvd
Enfield, CT 06082 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏      **I personally served the summons on the defendant at**
     **(place)**_____
     **on** *(date)* _____; **or**

❏      **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏      **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏      **I returned the summons unexecuted because** _____; **or**

❏      **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                **Server's signature**

                                            _____
                                             **Printed name and title**

                                             _____
                                             **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ERIC WEINSTEIN MANDELBLATT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ERIC WEINSTEIN MANDELBLATT
55 West 46th Street 32nd Floor
New York, NY 10036 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Ross Rankin Moody
1 Moody Plaza
Galveston, TX 77550 United States



**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                        **Server's signature**

                                        _____
                                        **Printed name and title**

                                        _____
                                        **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DANIEL F DENT | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DANIEL F DENT
400 East Pratt Street 7th Floor
Baltimore, MD 21202 United States



**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |  |
|---|---|---|---|
| *Plaintiff* | ) | | |
| **v.** | ) | **Civil Action No.** | |
| | ) | | |
| JOHN HAYNES | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant* | ) | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN HAYNES
9303 New Trails Drive Suite 450
The Woodlands, TX 77381 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank G. John* [signature]

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑ **I returned the summons unexecuted because** _____; **or**

❑ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____            _____
                                                            **Server's signature**

                                                            _____
                                                            **Printed name and title**

                                                            _____
                                                            **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MARKUS WINTSCH | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Markus Wintsch
CEO, Partner
Am Schanzengraben 23
P.O. Box CH-8022 Zürich



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*(signature)*

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏      I personally served the summons on the defendant at
(place)_____
on *(date)* _____; or

❏      I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏      I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏      I returned the summons unexecuted because _____; or

❏      Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                              Server's signature

                                                 _____
                                                        Printed name and title

                                                 _____
                                                        Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MARKUS WINTSCH | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Markus Wintsch
CEO, Partner
Am Schanzengraben 23
P.O. Box CH-8022 Zürich



**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| PETER E ROBBINS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    PETER E ROBBINS   CEO
    1 Portland Square 5th Floor, Union Street
    Portland, ME 04101 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                                  **Server's signature**


                                          _____
                                                                 **Printed name and title**


                                          _____
                                                                    **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____     **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| ALLISON WRIGHT | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ALLISON WRIGHT
479 Versailles Road
Frankfort, KY 40601 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
**(place)**_____
**on *(date)*** _____; or

❏    **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on *(name of individual)*** _____,
**who is designated by law to accept service of process on behalf of *(name of organization)***
_____ **on *(date)*** _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other *(specify)*:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.


**Date:**_____        _____
                                                     Server's signature

                                      _____
                                             Printed name and title

                                      _____
                                             Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| GREGG KONOPASKE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GREGG KONOPASKE
8000 Towers Crescent Drive Suite 1250
Vienna, VA 22182 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                    Server's signature

                                      _____
                                      Printed name and title

                                      _____
                                      Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**
_____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| SANDER R GERBER | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

SANDER R GERBER  CEO
777 3rd Avenue 30th Floor
New York, NY 10017 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| LEE TRIPODI | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> LEE TRIPODI
> 8008 Girard Avenue Suite 330
> La Jolla, CA 92037 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    **Server's signature**

                                      _____
                                                    **Printed name and title**

                                      _____
                                                    **Server's address**

Frank G. John

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                           |     |                    |
| :-----------------------: | :-: | :----------------- |
| *Plaintiff*               | )   |                    |
| **v.**                    | )   | **Civil Action No.** |
|                           | )   |                    |
|                           | )   |                    |
| CHARLES FREDERICK POHL    | )   |                    |
|                           | )   |                    |
|                           | )   |                    |
|                           | )   |                    |
| *Defendant*               |     |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHARLES FREDERICK POHL
555 California Street 40th Floor
San Francisco, CA 94104 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
**(place)**_____
**on (date)** _____ ; or

❏    **I left the summons at the individual's residence or usual place of abode with *(name)***
_____ , **a person of suitable age and discretion who**
**resides there, on *(date)*** _____ , **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on *(name of individual)*** _____ ,
**who is designated by law to accept service of process on behalf of *(name of organization)***
_____ **on *(date)*** _____ ; or

❏    **I returned the summons unexecuted because** _____ ; **or**

❏    **Other *(specify)*:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                                    Server's signature

                                                                    _____
                                                                    Printed name and title

                                                                    _____
                                                                    Server's address


Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| ALEXANDER L UMANSKY | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Alexander L Umansky
767 FIFTH AVENUE 48TH FLOOR
NEW YORK NY 10153

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
**resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❑    **I returned the summons unexecuted because** _____ ; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

I declare under penalty of perjury that this information is true.

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| ELLEN M NEEDHAM | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Ellen M. Needham
> One Iron Street
> Boston, Massachusetts 02210

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                               Server's signature

                                          _____
                                              Printed name and title

                                          _____
                                              Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| JULIO ALFONSO PORTALATIN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JULIO ALFONSO PORTALATIN
1166 Avenue of the Americas
New York, NY 10036 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Case 3:21-cv-00228-GCM    Document 2    Filed 05/26/21    Page 652 of 1292

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                            Server's signature

                                      _____
                                          Printed name and title

                                      _____
                                           Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| TOM OWENS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    TOM OWENS
    1301 5TH AVENUE SUITE 3030
    SEATTLE WA 98101

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P. O. BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                          Server's signature

                                              _____
                                                          Printed name and title

                                              _____
                                                          Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| RUSTON SMITH | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    RUSTON SMITH
    270 Park Avenue
    New York, NY 10017 United States

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❏   I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                        Server's signature

                                           _____
                                                        Printed name and title

                                           _____
                                                        Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* )  | |
| **v.** ) | **Civil Action No.** |
| ) | |
| OYSTEIN OLSEN ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

OYSTEIN OLSEN
Bankplassen 2
PO Box 1179
Sentrum Oslo, NO-0107 Norway

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                                         Server's signature

                                            _____
                                               Printed name and title

                                               _____
                                               Server's address

*Frank D. John*

Date _____    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| GREG BROWN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
GREG BROWN
2 Market Street
South Burlington, VT 05403

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
|  | ) |
| Anthony Joseph Mazzali | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Anthony Joseph Mazzali  Principle
15744 PEACOCK ROAD
HASLETT, MI  48840

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
|  | ) |
| Anthony Joseph Mazzali | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Anthony Joseph Mazzali  Principle
> 15744 PEACOCK ROAD
> HASLETT, MI  48840

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **5/26/2021** _____

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
|  | ) |
| David Giunta | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

David Giunta
399 Boylston Street
Boston, MA 02116-9848

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑     **I served the summons on** *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify):*
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| | ) | |
| LIES RUSTICUS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
LIES RUSTICUS
89 Ionia Northwest Suite 600
Grand Rapids, MI 49503 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

      This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
      **(place)**_____
      **on** *(date)* _____ ; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ **, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
      **known address; or**

❑    **I served the summons on** *(name of individual)* _____ **,**
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ ; or

❑    **I returned the summons unexecuted because** _____ ; or

❑    **Other** *(specify)*:

    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                    |   |                    |
|--------------------|---|--------------------|
| *Plaintiff*        | ) |                    |
| **v.**             | ) | **Civil Action No.** |
|                    | ) |                    |
| KEN FISHEL         | ) |                    |
|                    | ) |                    |
|                    | ) |                    |
|                    | ) |                    |
|                    | ) |                    |
| *Defendant*        |   |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KEN FISHEL
5525 NW FISHER CREEK DRIVE
CAMAS, WA 98607

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                    Server's signature

                                           _____
                                                  Printed name and title

                                           _____
                                                   Server's address

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | **Civil Action No.** |
|  | ) |  |
| Trish Koontz | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Trish Koontz
16020 Swingley Ridge Suite 110
Chesterfield, MO 63017 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑      I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____ ; or

❑      I left the summons at the individual's residence or usual place of abode with *(name)*
     _____ , a person of suitable age and discretion who
     resides there, on *(date)* _____ , and mailed a copy to the individual's last
     known address; or

❑      I served the summons on *(name of individual)* _____ ,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❑      I returned the summons unexecuted because _____ ; or

❑      Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021** _____

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| STEVEN S RUSSO | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN S RUSSO
5847 San Felipe Suite 930
Houston, TX 77057 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❑     **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                               Server's signature

                                         _____
                                               Printed name and title

                                         _____
                                               Server's address


Frank G. Johns, Clerk
United States District Court

Date                **5/26/2021**
       _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

     *Plaintiff*      )
     v.         )    **Civil Action No.**
             )
ARLEEN BAEZ       )
             )
             )
             )
     *Defendant*     )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ARLEEN BAEZ
2500 Westchester Avenue Suite 215
Purchase, NY 10577 United States

                    ⊞

  **A lawsuit has been filed against you.**

  **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

  **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                    Server's signature

                                        _____
                                            Printed name and title

                                            _____
                                            Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| LUKE MACDANIEL BABCOCK | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LUKE MACDANIEL BABCOCK
7 Spring Street PO Box 4 Sag
Harbor, NY 11963 United States

     ➕

     **A lawsuit has been filed against you.**

     **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

     **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____**, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____**,**
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

<table>
<tr><td><em>Plaintiff</em></td><td>)</td><td></td></tr>
<tr><td><strong>v.</strong></td><td>)</td><td><strong>Civil Action No.</strong></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>LUKE MACDANIEL BABCOCK</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Defendant</em></td><td></td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LUKE MACDANIEL BABCOCK
7 Spring Street PO Box 4 Sag
Harbor, NY 11963 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                        **Server's signature**

                                                _____
                                                        **Printed name and title**

                                                _____
                                                        **Server's address**


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DAN HOGAN ARNOLD JR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAN HOGAN ARNOLD JR
75 State Street 22nd Floor
Boston, MA 02109 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify):*
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| **v.** | ) | **Civil Action No.** |
|  | ) |  |
| JIM MOONEY | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JIM MOONEY
10 Saint James Avenue Suite 1700
Boston, MA 02116 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
     **(place)**_____
     **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____**, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

**Date:**_____      _____
                                          **Server's signature**

                                          _____
                                          **Printed name and title**

                                          _____
                                          **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| FRANCESCO DE FERRARI | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FRANCESCO DE FERRARI
50 Bridge Street Sydney, NSW 2000
Australia

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.** _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____ .

❏    **I personally served the summons on the defendant at**
     *(place)* _____
     **on** *(date)* _____ ; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____ , **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____ ,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____ ; **or**

❏    **I returned the summons unexecuted because** _____ ; **or**

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:** _____

                                 _____
                                          **Server's signature**

                                 _____
                                          **Printed name and title**

                                 _____
                                          **Server's address**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| O KELLY E McWILLIAMS III | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

O KELLY E McWILLIAMS III
1200 East Main Street
Richmond, VA 23219 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                    **Server's signature**


                                                          _____
                                                                    **Printed name and title**


                                                          _____
                                                                    **Server's address**


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| GEORGE ALLEN WEISS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GEORGE ALLEN WEISS
320 Park Avenue 20th Floor
New York, NY 10022 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                               Server's signature

                                  _____
                                         Printed name and title

                                  _____
                                             Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Charles F. Pollnow IV | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Charles F. Pollnow IV
1301 2nd Avenue Suite 2850
Seattle, WA 98101 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      resides there, on *(date)* _____, **and mailed a copy to the individual's last**
      known address; or

❑     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____ ; or

❑     **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
              Server's signature

_____
              Printed name and title

_____
              Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| STEVEN E MEMISHIAN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN E MEMISHIAN
7111 Fairway Drive, Suite 350
Palm Beach Gardens, FL 33418 United States

 

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| RUSSELL HOGAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RUSSELL HOGAN
41 Northumberland Street
Edinburgh, EH3 6JA United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                             **Server's signature**

                                      _____
                                             **Printed name and title**

                                      _____
                                             **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DENIS DUVERNE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS M GARDNER
2000 Duke Street
Alexandria, VA 22314 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                          Server's signature

                                          _____
                                                          Printed name and title

                                          _____
                                                          Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ANDREW McRAE CLIFFORD | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREW McRAE CLIFFORD
7 Macquarie Place Level 8
Sydney, NSW 2000 Australia

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
|  | ) |
| George A. Henning | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

George A. Henning
101 N. Brand Blvd. Suite 1950
Glendale, CA 91203

➕

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| DR TIMOTHY E JOHNSON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR TIMOTHY E JOHNSON
3777 West Fork Road
Cincinnati, OH 45247 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑　　**I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____ ; **or**

❑　　**I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ **, a person of suitable age and discretion who**
**resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
**known address; or**

❑　　**I served the summons on** *(name of individual)* _____ **,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❑　　**I returned the summons unexecuted because** _____ ; **or**

❑　　**Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**Server's signature**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**Printed name and title**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Jeffrey Kachel | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Jeffrey Kachel
101 WEST ELM STREET SUITE 355
CONSHOHOCKEN PA 19428

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| ROBERT PAGLIUCO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Robert Pagliuco
444 W. LAKE STREET SUITE 4700
CHICAGO IL 60606

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      resides there, on *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                               **Server's signature**

                                               _____
                                               **Printed name and title**

                                               _____
                                               **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|   |   |
|---|---|
| *Plaintiff* ) | |
| v. ) | **Civil Action No.** |
| ) | |
| MICHEAL GREEN ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
MICHEAL GREEN
Kungstradgardsgatan 2
Stockholm, SE-106 70 Sweden

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                          **Server's signature**

                                                          _____
                                                          **Printed name and title**

                                                          _____
                                                          **Server's address**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| RONALD D FRASHURE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RONALD D FRASHURE
260 Franklin Street
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                   **Server's signature**

                                  _____
                                        **Printed name and title**

                                  _____
                                        **Server's address**

*Frank G. John*

Date       **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
|  | ) |
| PETER EUGLUD | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PETER EUGLUD
Vasagatan 7 Box 1176
Stockholm, SE-11191 Sweden

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
   *(place)*_____
   on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❏   I served the summons on *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                              Server's signature


                                       _____
                                              Printed name and title


                                       _____
                                              Server's address


Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| JUDITH A SPRIESER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JUDITH A SPRIESER
2775 Sanders Road
Northbrook, IL 60062 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                Server's signature

                                                _____
                                                Printed name and title

                                                _____
                                                Server's address


*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| CHRISTORPHER LAZARUS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHRISTOPHER LAZARUS
175 West Jackson Blvd Suite 200
Chicago, IL 60604 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
|  | ) | |
| LISA FALER | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LISA FALER
5925 CARNEGIE BLVD SUITE 500
CHARLOTTE NC 28209

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                   **Server's signature**

                                        _____
                                                   **Printed name and title**

                                        _____
                                                   **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| GENE L NEEDLES JR ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
GENE L NEEDLES JR
3 East 28th Street, 7th Floor
New York, NY 10016 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                      Server's signature

                                          _____
                                                      Printed name and title

                                          _____
                                                      Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ROBERT M WROBEL | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> ROBERT M WROBEL
> 275 7TH AVE
> NEW YORK, NY 10001 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JAMES M CRACCHIOLO | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JAMES M CRACCHIOLO
55 Ameriprise Financial Center
Minneapolis, MN 55474 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____                    _____
                                                              Server's signature

                                                 _____
                                                              Printed name and title

                                                 _____
                                                              Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| JOHN S OSTERWEIS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    JOHN S OSTERWEIS
    1 Maritime Plaza Suite 800
    San Francisco, CA 94111 United States

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____           _____
                                             Server's signature

                                    _____
                                          Printed name and title

                                    _____
                                           Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DAN HOGAN ARNOLD JR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

EILEEN OHNELL
102 GREENWICH AVENUE
GREENWICH CT 06830

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| YASUHIRO SATO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    YASUHIRO SATO
    1-5-5, OTEMACHI
    OTEMACHI TOWER
    CHIYODA-KU , TOKYO, 100-0004
    Japan

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      resides there, on *(date)* _____, **and mailed a copy to the individual's last**
      known address; **or**

❏     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ on *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                              **Server's signature**

                              _____
                                  **Printed name and title**

                              _____
                                    **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| BRUNO POULIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    BRUNO POULIN
    80 avenue de la Grande Armee
    Paris, 75017 France

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❏   **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                  **Server's signature**

                                                    _____
                                                                  **Printed name and title**

                                                    _____
                                                                  **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| MARK DELFINO ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARK DELFINO
2200 E CAMELBACK RD, SUITE 130
PHOENIX AZ 85016

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF ÍN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏  I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                      Server's signature

                                             _____
                                                      Printed name and title

                                             _____
                                                      Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
### for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| RUEDIGER ADOLF | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RUEDIGER ADOLF
875 3rd Avenue 28th Floor
New York, NY 10022 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                  |     |                     |
|------------------|-----|---------------------|
| *Plaintiff*      | )   |                     |
| **v.**           | )   | **Civil Action No.** |
|                  | )   |                     |
| LAURENT MIGNON   | )   |                     |
|                  | )   |                     |
|                  | )   |                     |
|                  | )   |                     |
| *Defendant*      | )   |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LAURENT MIGNON
50 Avenue Pierre Mendes France Paris
Cedex 13, 75201 France

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                          **Server's signature**

                                     _____
                                          **Printed name and title**

                                          _____
                                          **Server's address**

*Frank D. John*

Date _____ **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| AMIR LEAR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

AMIR LEAR
320 Park Avenue
New York, NY 10022 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Case 3:21-cv-00228-GCM    Document 2    Filed 05/26/21    Page 740 of 1292

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                      Server's signature

      _____
                                      Printed name and title

      _____
                                      Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| FRANK EDWARD BURGESS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    FRANK EDWARD BURGESS
    550 Science Drive
    Madison, WI 53711 United States

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                   **Server's signature**

                                         _____
                                                   **Printed name and title**

                                         _____
                                                   **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JOHN J BRENNAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN J BRENNAN
724 Grace Hall
Notre Dame, IN 46556 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                            **Server's signature**

                        _____
                                           **Printed name and title**

                        _____
                                           **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| CYRUS ARDALAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*


CYRUS ARDALAN
57 Broadwick Street
London, W1F 9QS United Kingdom


**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER


**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                            **Server's signature**

                                       _____
                                                            **Printed name and title**

                                       _____
                                                            **Server's address**


*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| RALPH KANZA | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RALPH KANZA
Stratton House 5 Stratton Street
London, W1J 8LA United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____         _____
                                     Server's signature

                            _____
                                     Printed name and title

                            _____
                                     Server's address

*Frank D. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| LORIN L BRASS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LORIN L BRASS
4009 West 49th Street Suite 300
Sioux Falls, SD 57106 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     I returned the summons unexecuted because _____ ; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                               **Server's signature**


                                          _____
                                               **Printed name and title**


                                          _____
                                               **Server's address**


*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| KAZUHIKO OTAKE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KAZUHIKO OTAKE
13 2 Yurakucho
Tokyo, 100-8420 Japan

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                      Server's signature

                                       _____
                                                      Printed name and title

                                       _____
                                                      Server's address


*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DAVE FALLGREN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Dave Fallgren,    CFA
607 Washington Road Suite 400
Pittsburgh, PA 15228

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏      I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏      I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏      I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏      I returned the summons unexecuted because _____; or

❏      Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____             _____
                                                  Server's signature

                                               _____
                                               Printed name and title

                                               _____
                                                 Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )      **Civil Action No.** |
|  | ) |
| ANTHONY RYAN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANTHONY RYAN
200 Clarendon St Ste 5700
Boston , MA, 02116-5081

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                         _____
                                                                          Server's signature

                                                            _____
                                                                          Printed name and title

                                                            _____
                                                                          Server's address


Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| VIRGINIA HOLMES | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

VIRGINIA HOLMES
6th Floor 60 Threadneedle Street
London, EC2R 8HP United Kingdom

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                     **Server's signature**

                                      _____
                                         **Printed name and title**

                                       _____
                                           **Server's address**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

           Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
|  | ) | |
| KATHERINE GARRETT COX | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KATHERINE GARRETT COX
1 Knightsbridge
London, SW1X 7XS United Kingdom

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JEFFREY MARC TALPINS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JEFFREY MARC TALPINS
600 Lexington Avenue 34th Floor
New York, NY 10022 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| JOHN JOSEPH BRENNEN ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN JOSEPH BRENNEN
10 Rockefeller Plaza
New York, NY 10020 United States

➕

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏   **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏   **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏   **I returned the summons unexecuted because** _____; **or**

❏   **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                        **Server's signature**

                                                                _____
                                                                        **Printed name and title**

                                                                _____
                                                                        **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) **Civil Action No.** |
|  | ) |
| SARAH MCPHEE | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

SARAH MCPHEE
Jakobsbergsgatan 16SE
Stockholm, 103 61 Sweden

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Case 3:21-cv-00228-GCM    Document 2    Filed 05/26/21    Page 766 of 1292

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏     **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____ , a person of suitable age and discretion who
     resides there, on *(date)* _____ , and mailed a copy to the individual's last
     known address; or

❏     **I served the summons on** *(name of individual)* _____ ,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
                **Server's signature**

_____
                **Printed name and title**

_____
                **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| DAVID DONABEDIAN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID DONABEDIAN
Americas 42nd Floor
New York, NY 10036 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                 _____
                                                            **Server's signature**


                                              _____
                                                            **Printed name and title**


                                              _____
                                                            **Server's address**


Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| SATISH BAPAT | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

SATISH BAPAT
Schenkkade 65 Postbus 90470
Den Haag, 2509 LL Netherlands

➕

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____           _____
                                              **Server's signature**

                                       _____
                                              **Printed name and title**

                                       _____
                                              **Server's address**

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| HIROYUKI NISHI | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HIROYUKI NISHI
277 Park Avenue 34th Floor
New York, NY 10172 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Date _____  **5/26/2021**

*Frank G. Johns, Clerk*

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| HENRY JONES | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HENRY JONES
400 Q Street
Sacramento, CA 95811 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                                   Server's signature

                                                   _____
                                                  Printed name and title

                                                   _____
                                                  Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DWIGHT D CHURCHILL | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DWIGHT D CHURCHILL
600 Hale Street
Prides Crossing, MA 01965 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date    _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| PETER M MILBURN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> PETER M MILBURN
> 750 Pandora Avenue
> Victoria, BC V8W 0E4 Canada

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| MARC STUART BRENNER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARC STUART BRENNER
115 South LaSalle Street 27th Floor
Chicago, IL 60603 United States

⊞

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                        Server's signature

                                              _____
                                                        Printed name and title

                                              _____
                                                        Server's address


Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
|  | ) |
| ROBERT TESSIER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT TESSIER
Edifice Price, 65, Rue Sainte- 14th Floor
Quebec, QC G1R 3X5 Canada

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____       _____
                                            **Server's signature**


                                            _____
                                            **Printed name and title**


                                            _____
                                            **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| GLYN JONES | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GLYN JONES
Bridge House 2 Lambeth Hill
London, EC4V 4AJ United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     I returned the summons unexecuted because _____ ; or

❑     Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____         _____
                                                     Server's signature

                                                _____
                                                Printed name and title

                                                 _____
                                                Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date      **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| WILLIAM H HARRIS JR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILLIAM H HARRIS JR
3 Lagoon Drive Suite 200
San Francisco, CA 94105 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| JOEL WITTENBERG ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOEL WITTENBERG
532 Lowell Street Suite 201
Carlisle, MA 01741 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| MARTY BUEHLER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARTY BUEHLER
10 South Riverside Plaza Suite 1400
Chicago, IL 60606 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| ROBERT JAMES MANNNING | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT JAMES MANNNING
111 Huntington Avenue
Boston, MA 02199 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                         Server's signature

                                _____
                                        Printed name and title

                                _____
                                         Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ROBERT JAMES MANNNING | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT JAMES MANNNING
111 Huntington Avenue
Boston, MA 02199 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| LOU F BIRNHOLZ | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    LOU F BIRNHOLZ
    747 3rd Avenue 31st Floor
    New York, NY 10017 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____     _____
                                                  Server's signature

                                      _____
                                                  Printed name and title

                                      _____
                                                  Server's address

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
|  | ) | |
| DEBBIE TANNER | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DEBBIE TANNER
32 London Bridge Street The Shard, 24th
Floor London, SE1 9SG United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                              Server's signature

                                                     _____
                                                              Printed name and title

                                                     _____
                                                              Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JONATHAN TOM | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JONATHAN TOM
747 3rd Avenue 31st Floor
New York, NY 10017 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑　　I returned the summons unexecuted because _____; or

❑　　Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's address

Frank G. Johns, Clerk
United States District Court

Date _____　　**5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| JONATHAN REISMAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    JONATHAN REISMAN
    222 Berkeley St Ste 1300
    Boston , MA, 02116-3733

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                            Server's signature

                                                 _____
                                                            Printed name and title

                                                 _____
                                                            Server's address


*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| KEITH F HARTSTEIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KEITH F HARTSTEIN
11111 Santa Monica Blvd 15th Floor
Los Angeles, CA 90025 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| WILLIAM G SPEARS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILLIAM G SPEARS
147 East 48th Street
New York, NY 10017 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____ ; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    **I returned the summons unexecuted because** _____ ; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                              Server's signature

                                        _____
                                          Printed name and title

                                          _____
                                          Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |   |                     |
|--------------------------|---|---------------------|
| *Plaintiff*              | ) |                     |
| **v.**                   | ) | **Civil Action No.**|
|                          | ) |                     |
| FEI LUO                  | ) |                     |
|                          | ) |                     |
|                          | ) |                     |
|                          | ) |                     |
| *Defendant*              | ) |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FEI LUO
10031 Inwood Dr
Houston, TX 77042 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| Frank Mastrapasqua | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Frank Mastrapasqua
104 Woodmont Blvd Ste 320
Nashville , TN, 37205-2257

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❏    **I personally served the summons on the defendant at**
   **(place)** _____
   **on** *(date)* _____ **; or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____ **, a person of suitable age and discretion who**
   **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
   **known address; or**

❏    **I served the summons on** *(name of individual)* _____ **,**
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ **on** *(date)* _____ **; or**

❏    **I returned the summons unexecuted because** _____ **; or**

❏    **Other** *(specify)***:**
   _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:** _____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MARCUS BLOMBERG | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
MARCUS BLOMBERG
Klara Sodra Kyrkogata 18
Stockholm, 113 88 Sweden

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏  I returned the summons unexecuted because _____; or

❏  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                    Server's signature

                                               _____
                                                                    Printed name and title

                                               _____
                                                                    Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DAVID C JACOBSON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID C JACOBSON
100 King Street West 1 First Canadian Place Toronto,
ON M5X 1A1 Canada

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑  I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


_____
Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|   |   |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|   | ) |
| William J Baxter Junior | ) |
|   | ) |
|   | ) |
|   | ) |
|   | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    William J Baxter Junior
    1030 E Putnam Ave
    Greenwich , CT, 06830

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                                    Server's signature

                                             _____
                                              Printed name and title

                                              _____
                                               Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

                                      Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |  |
|---|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Laurence Douglas Fink | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
BLACKROCK INC
Laurence Douglas Fink
55 EAST 52ND STREET
New York , NY, 10055-0002

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____

                                                      Server's signature

                                        _____

                                                    Printed name and title

                                        _____

                                                    Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ROBERT H BRADLEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT H BRADLEY
185 Asylum Street City Place II, 11th Floor
Hartford, CT 06103 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                      Server's signature

                                          _____
                                       Printed name and title

                                          _____
                                         Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                      |   |                      |
|----------------------|---|----------------------|
| *Plaintiff*          | ) |                      |
| **v.**               | ) | **Civil Action No.** |
|                      | ) |                      |
| ERIC T STEIGERWALT   | ) |                      |
|                      | ) |                      |
|                      | ) |                      |
|                      | ) |                      |
|                      | ) |                      |
| *Defendant*          |   |                      |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Eric T. Steigerwalt President, CEO
ROPES & GRAY LLC
PRUDENTIAL TOWER
800 BOYLSTON ST   BOSTON MA 02199

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏      **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____ ; or

❏      **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____ **, a person of suitable age and discretion who**
       **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
       **known address; or**

❏      **I served the summons on** *(name of individual)* _____ **,**
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____ ; or

❏      **I returned the summons unexecuted because** _____ ; or

❏      **Other** *(specify)*:
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ **.**

I declare under penalty of perjury that this information is true.

Date:_____           _____
                                              Server's signature

                                            _____
                                            Printed name and title

                                            _____
                                            Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| VINCE GUBITOSI | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

VINCE GUBITOSI
100 Summer Street 12th Floor
Boston, MA 02110 United States

              ➕

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify):*
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                    Server's signature

     _____
                                    Printed name and title

     _____
                                    Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|                     |   |                     |
|---------------------|---|---------------------|
| *Plaintiff*         | ) |                     |
| **v.**              | ) | **Civil Action No.** |
|                     | ) |                     |
| DAVID BOOTH         | ) |                     |
|                     | ) |                     |
|                     | ) |                     |
|                     | ) |                     |
| *Defendant*         |   |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID BOOTH
6300 BEE CAVE ROAD BUILDING ONE
AUSTIN, TX 78746

**+**

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____            _____
                                                                  **Server's signature**

                                                     _____
                                                                  **Printed name and title**

                                                     _____
                                                                  **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) Civil Action No. |
|  | ) |
| Larry Miles | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Larry Miles
701 5th Avenue 74th Floor
Seattle, WA 98104 United States

**+**

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
     **(place)**_____
     **on (date)** _____ **; or**

❏    **I left the summons at the individual's residence or usual place of abode with *(name)***
     _____ **, a person of suitable age and discretion who**
     **resides there, on *(date)*** _____ **, and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on *(name of individual)*** _____,
     **who is designated by law to accept service of process on behalf of *(name of organization)***
     _____ **on *(date)*** _____ **; or**

❏    **I returned the summons unexecuted because** _____**; or**

❏    **Other *(specify)*:**
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.


**Date:**_____               _____
                                                 **Server's signature**

                                          _____
                                           **Printed name and title**

                                          _____
                                            **Server's address**


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021** _____

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| GREGORY FULK | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Gregory Fulk
10 West Carmel Drive Suite 400
Carmel, IN 46032

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
**resides there, on** *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; or

❏ **I returned the summons unexecuted because** _____ ; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| KEVIN HENEGHAN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KEVIN HENEGHAN
1 Manhattanville Road
Purchase, NY 10577 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| ROBERT L MOODY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT L MOODY SR
2302 Post Office
Galveston, TX 77550 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                        Server's signature

                                               _____
                                                        Printed name and title

                                               _____
                                                        Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| BRIAN O CONNER CASEY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRIAN O CONNOR CASEY
200 Crescent Court Suite 1200
Dallas, TX 75201 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏     I returned the summons unexecuted because _____ ; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| JASON PARRISH | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JASON PARRISH
13135 NE 145TH PLACE
KIRKLAND WA 98034

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                        Server's signature

                             _____
                                      Printed name and title

                             _____
                                      Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| CHARLES FREDRICK DAVID BOIT | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHARLES FREDRICK DAVID BOIT
230 Congress Street
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                          Server's signature

                                       _____
                                          Printed name and title

                                       _____
                                          Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date  _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| KURT HENRY WALTER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KURT HENRY WALTER
45 School Street 5th Floor
Boston, MA 02108 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                  **Server's signature**

                                         _____
                                               **Printed name and title**

                                         _____
                                               **Server's address**

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| PETER PEREIRA GRAY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PETER PEREIRA GRAY
Gibbs Building 215 Euston Road
London, NW1 2BE United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:

      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                        Server's signature

                                           _____
                                                     Printed name and title

                                           _____
                                                        Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JAMES VAN DE VOORDE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JAMES VAN DE VOORDE
125 North Raymond Avenue
Suite 309
Pasadena, CA 91103

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
    **(place)**_____
    **on *(date)*** _____; **or**

❏   **I left the summons at the individual's residence or usual place of abode with *(name)***
    _____, **a person of suitable age and discretion who**
    **resides there, on *(date)*** _____, **and mailed a copy to the individual's last**
    **known address; or**

❏   **I served the summons on *(name of individual)*** _____,
    **who is designated by law to accept service of process on behalf of *(name of organization)***
    _____ **on *(date)*** _____; **or**

❏   **I returned the summons unexecuted because** _____; **or**

❏   **Other *(specify)*:**
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    **Server's signature**

                                       _____
                                                 **Printed name and title**

                                       _____
                                                   **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| ANDREW STEWART CARTER | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREW STEWART CARTER
55 Gracechurch Street
London, EC3V 0RL United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |     |                     |
|--------------------------|-----|---------------------|
| *Plaintiff*              | )   |                     |
| v.                       | )   | **Civil Action No.** |
|                          | )   |                     |
| JON CASE                 | )   |                     |
|                          | )   |                     |
|                          | )   |                     |
|                          | )   |                     |
|                          | )   |                     |
| *Defendant*              |     |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JON CASE
111 Founders Plaza Suite 1500
East Hartford, CT 06108 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                         Server's signature

                                                _____
                                                  Printed name and title

                                                _____
                                                 Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| STEPHEN D STEINOUR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEPHEN D STEINOUR
4466 North High Street
Columbus, OH 43214 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                                      Server's signature

_____
                                              Printed name and title

_____
                                              Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JOHN MCDERMOTT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN MCDERMOTT
10801 Mastin St Ste 1050
Overland Park, KS 66210 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| PETER PEREIRA GRAY | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PETER PEREIRA GRAY
Gibbs Building 215 Euston Road
London, NW1 2BE United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏　　I returned the summons unexecuted because _____; or

❏　　Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ROBERT JAMES MANNNING | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    ROBERT JAMES MANNNING
    111 Huntington Avenue Boston, MA 02199

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❏ **I personally served the summons on the defendant at**
**(place)** _____
**on** *(date)* _____ ; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
**resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❏ **I returned the summons unexecuted because** _____ ; **or**

❏ **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:** _____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| SHUNDRAWN ANTWAN THOMAS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
SHUNDRAWN ANTWAN THOMAS
50 South La Salle Street
Chicago, IL 60603

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏ **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____ ; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏ **I served the summons on** *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ **I returned the summons unexecuted because** _____ ; or

❏ **Other** *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| VINCE GUBITOSI | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

VINCE GUBITOSI
100 Summer Street 12th Floor
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

☐     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; **or**

☐     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____**, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
      **known address; or**

☐     **I served the summons on** *(name of individual)* _____**,**
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

☐     **I returned the summons unexecuted because** _____**; or**

☐     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

                                           _____
                                                       **Server's signature**

                                           _____
                                                    **Printed name and title**

                                           _____
                                                    **Server's address**

Frank G. Johns, Clerk
United States District Court

                              Date  _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ELLEN MARIE NEEDHAM | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    ELLEN MARIE NEEDHAM   PRESIDENT
    STATE STREET FINANCIAL
    CENTER 1 LINCOLN
    STREET BOSTON, MA 02111

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                              Server's signature

                                     _____
                                              Printed name and title

                                     _____
                                              Server's address


_____

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| DR. DAVID G BRONNER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR. DAVID G BRONNER
201 South Union Street
Montgomery, AL 36104 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____**, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____**,**
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____**; or**

❏    **I returned the summons unexecuted because** _____**; or**

❏    **Other** *(specify)***:**
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
|  | ) | |
| JOSEPH EDWARD TOCHINI | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOSEPH EDWARD TOCHINI
8400 East Prentice Ave, Suite 820
Greenwood Village, CO 80111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                    Server's signature

                                        _____
                                                    Printed name and title

                                        _____
                                                    Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| THOMAS KINGENSTEIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS KINGENSTEIN
1410 BROADWAY SUITE 1701
NEW YORK, NY 10018

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
     **(place)**_____
     **on *(date)* _____; or**

❏    **I left the summons at the individual's residence or usual place of abode with *(name)***
     _____, **a person of suitable age and discretion who**
     **resides there, on *(date)* _____, and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on *(name of individual)* _____,**
     **who is designated by law to accept service of process on behalf of *(name of organization)***
     _____ **on *(date)* _____; or**

❏    **I returned the summons unexecuted because _____; or**

❏    **Other *(specify)*:**
     _____

**My fees are $ _____ for travel and $ _____ for services, for a total of**
**$_____.**

I declare under penalty of perjury that this information is true.

**Date:**_____          _____
                                          Server's signature

                                    _____
                                         Printed name and title

                                    _____
                                         Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| PAUL R STEWART | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PAUL R STEWART
312 Walnut Street 35th Floor
Cincinnati, OH 45202 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| H PARK DUNCAN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> H PARK DUNCAN
> 80 Field Point Road
> Greenwich, CT 06830 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑   **I personally served the summons on the defendant at**
 *(place)*_____
 **on** *(date)* _____; **or**

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
 _____**, a person of suitable age and discretion who**
 **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
 **known address; or**

❑   **I served the summons on** *(name of individual)* _____**,**
 **who is designated by law to accept service of process on behalf of** *(name of organization)*
 _____ **on** *(date)* _____**; or**

❑   **I returned the summons unexecuted because** _____**; or**

❑   **Other** *(specify):*
 _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                            Server's signature

                                                            _____
                                                            Printed name and title

                                                            _____
                                                            Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JOSEPH ANTONELLIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JOSEPH C ANTONELLIS
380 Russell Street
Hadley, MA 01035 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

      **This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
      **(place)**_____
      **on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JAMES H DAVIDSON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*


JAMES H DAVIDSON
901 15th Street NW Suite 500
Washington, DC 20005 United States

+

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER


**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____ , **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
     **known address; or**

❏     **I served the summons on** *(name of individual)* _____ ,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____                    _____
                                                                                    **Server's signature**

                                                                    _____
                                                                                    **Printed name and title**

                                                                    _____
                                                                                    **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| | ) | |
| JOSEPH B WERNER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOSEPH B WERNER
545 Madison Avenue
New York, NY 10022 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    **Server's signature**


                                       _____
                                                    **Printed name and title**


                                       _____
                                                    **Server's address**


*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JOSEPH S DEITCH | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JOSEPH S DEITCH
29 Sawyer Road
Waltham, MA 02453 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑ **I returned the summons unexecuted because** _____; **or**

❑ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____            _____
                                            **Server's signature**

                                            _____
                                            **Printed name and title**

                                            _____
                                            **Server's address**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| DAVID W LAUGHLIN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID W LAUGHLIN
845 3rd Avenue
New York, NY 10022 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏　　I personally served the summons on the defendant at
　　　*(place)*_____
　　　on *(date)* _____; or

❏　　I left the summons at the individual's residence or usual place of abode with *(name)*
　　　_____, a person of suitable age and discretion who
　　　resides there, on *(date)* _____, and mailed a copy to the individual's last
　　　known address; or

❏　　I served the summons on *(name of individual)* _____,
　　　who is designated by law to accept service of process on behalf of *(name of organization)*
　　　_____ on *(date)* _____; or

❏　　I returned the summons unexecuted because _____; or

❏　　Other *(specify)*:

　　　_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Server's address


Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |   |                     |
|--------------------------|---|---------------------|
| *Plaintiff*              | ) |                     |
| **v.**                   | ) | **Civil Action No.** |
|                          | ) |                     |
| THOMAS K LOIZEAUX        | ) |                     |
|                          | ) |                     |
|                          | ) |                     |
|                          | ) |                     |
|                          | ) |                     |
| *Defendant*              |   |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
THOMAS K LOIZEAUX
535 5th Avenue 22nd Floor
New York, NY 10017 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏  I personally served the summons on the defendant at
   *(place)*_____
   on *(date)* _____; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❏  I served the summons on *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

❏  I returned the summons unexecuted because _____; or

❏  Other *(specify)*:

   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                              Server's signature

                                       _____
                                              Printed name and title

                                       _____
                                              Server's address


*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MARTIN SCHOLL | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
MARTIN SCHOLL
Bahnhofstrasse 9
Zurich, 8005 Switzerland

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

*Frank G. John* ✓

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
|  | ) |
| Daniel Newhall | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Daniel Newhall
201 MISSION STREET
SUITE 1825
SAN FRANCISCO CA 94105

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

  This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏ **I personally served the summons on the defendant at**
  *(place)*_____
  on *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
  _____, **a person of suitable age and discretion who**
  **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
  **known address; or**

❏ **I served the summons on** *(name of individual)* _____,
  **who is designated by law to accept service of process on behalf of** *(name of organization)*
  _____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)***:**

  _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____    _____
                Server's signature

                _____
                Printed name and title

                _____
                Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Brian May | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Brian May
324 WEST WENDOVER AVENUE, SUITE 301
GREENSBORO NC 27408

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| MARCUS BLOMBERG | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARCUS BLOMBERG
Klara Sodra Kyrkogata 18
Stockholm, 113 88 Sweden

**+**

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                  **Server's signature**

                                         _____
                                             **Printed name and title**

                                         _____
                                             **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| JAMES STRACHAN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JAMES STRACHAN
Juxon House 100 Saint Paul's Churchyard
London, EC4M 8BU United Kingdom

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑     I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                 Server's signature

                                   _____
                                             Printed name and title

                                   _____
                                             Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| Jennette Schlinke | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Jennette Schlinke
5707 Southwest Parkway Building 2, Suite 400
Austin, TX 78735 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) **Civil Action No.** |
|  | ) |
| Theodore A Mathas | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Theodore A Mathas
51 Madison Ave
New York , NY, 10010-1655

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

☐ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                              Server's signature

                                                     _____
                                                              Printed name and title

                                                     _____
                                                              Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| CHARLES GUY KING | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
CHARLES GUY KING
410 White Gables Lane
Charlottesville, VA 22903 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

_____
Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JAMES DARYL HAMBRO | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    JAMES DARYL HAMBRO
    45 Pall Mall
    London, SW1Y 5JG United Kingdom

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify):*
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| HON GREGORY IVAN COMBET | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
HON GREGORY IVAN COMBET
2 Lonsdale Street Level 29 Casselden Melbourne,
VIC 3000 Australia

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

☐     **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____ **; or**

☐     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____ **, a person of suitable age and discretion who**
     **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
     **known address; or**

☐     **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____ **; or**

☐     **I returned the summons unexecuted because** _____**; or**

☐     **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| HON  GREGORY IVAN COMBET | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
HON  GREGORY IVAN COMBET
2 Lonsdale Street Level 29 Casselden Melbourne,
VIC 3000 Australia

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for *(name of individual and title, if any)***
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on *(date)*** _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, **a person of suitable age and discretion who**
**resides there, on *(date)*** _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on *(name of individual)*** _____,
**who is designated by law to accept service of process on behalf of *(name of organization)***
_____ **on *(date)*** _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other *(specify)*:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| COLEMAN WORTHAM III | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
COLEMAN WORTHAM III
1 James Center, 901 East Cary Street, Suite 1100
Richmond, VA 23219 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                      |   |                   |
|----------------------|---|-------------------|
| *Plaintiff*          | ) | **Civil Action No.** |
| **v.**               | ) |                   |
|                      | ) |                   |
| THOMAS R. PODLESNY   | ) |                   |
|                      | ) |                   |
|                      | ) |                   |
|                      | ) |                   |
| *Defendant*          |   |                   |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS R. PODLESNY
8000 MARYLAND AVE
SUITE 730
ST LOUIS MO 63105

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>v. | )<br>)   **Civil Action No.**<br>) |
| J STEPHEN LAUCK | )<br>)<br>)<br>)<br>) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

J STEPHEN LAUCK
801 Montgomery Street Suite 200
San Francisco, CA 94133 United States

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
**resides there, on** *(date)* _____, and mailed a copy to the individual's last
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)***:**
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                             **Server's signature**

                                        _____
                                             **Printed name and title**

                                        _____
                                            **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| KENNETH D POLLINGER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KENNETH D POLLINGER
125 Park Avenue Suite 1700
New York, NY 10017 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| KEN MEHLMAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KEN MEHLMAN
799 9th Street, Northwest Suite 200
Washington, DC 20001 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____ ; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____ , **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____ ,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____ ; or

❏    **I returned the summons unexecuted because** _____ ; or

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

Date:_____            _____
                                                          Server's signature

                                         _____
                                                      Printed name and title

                                         _____
                                                         Server's address

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
| | ) |
| GEORGE P CARTER | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GEORGE P CARTER
850 MAIN STREET
BRIDGEPORT CT 06604

&#x271A;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑　　I returned the summons unexecuted because _____; or

❑　　Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| GREGORY D TRETIAK | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GREGORY D TRETIAK
470 Atlantic Avenue 8th Floor
Boston, MA 02210 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

<table>
<tr><td><em>Plaintiff</em></td><td>)</td><td rowspan="7"><strong>Civil Action No.</strong></td></tr>
<tr><td><strong>v.</strong></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>C DAVID CLARK</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><em>Defendant</em></td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

C DAVID CLARK
180 Queen Street West
Toronto, ON M5V 3K1 Canada

**+**

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____       _____
                                      **Server's signature**

                                 _____
                                    **Printed name and title**

                                 _____
                                   **Server's address**

Date _____    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| MARTIN MANNING WASMER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARTIN MANNING WASMER
8695 College Parkway Suite 100
Fort Myers, FL 33919 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                     Server's signature

                                        _____
                                                     Printed name and title

                                        _____
                                                     Server's address


Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                        |   |                  |
|------------------------|---|------------------|
| *Plaintiff*            | ) |                  |
| **v.**                 | ) | **Civil Action No.** |
|                        | ) |                  |
| ANDREW A ZIGLER        | ) |                  |
|                        | ) |                  |
|                        | ) |                  |
|                        | ) |                  |
| *Defendant*            | ) |                  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREW A ZIGLER
875 East Wisconsin Avenue Suite 800
Milwaukee, WI 53202 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                         **Server's signature**

                                 _____
                                         **Printed name and title**

                                 _____
                                         **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DR JANET CAROL CAMPAGNA | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR JANET CAROL CAMPAGNA
880 3rd Avenue 7th Floor
New York, NY 10022 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     I returned the summons unexecuted because _____ ; or

❑     Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____                       _____
                                               Server's signature

                                              _____
                                               Printed name and title

                                               _____
                                               Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* )<br>**v.** )<br> )<br>ANTHONY DECHELLIS )<br> )<br> )<br> )<br> )<br> )<br>*Defendant* | **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANTHONY DECHELLIS
1 Federal Street 30th Floor
Boston, MA 02110 United States

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

_____
Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| PETER FITZHUGH BROWN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PETER FITZHUGH BROWN
800 Third Avenue
New York, NY 10022 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                           Server's signature

                                  _____
                                           Printed name and title

                                  _____
                                           Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date  _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| BRIAN T MOYNIHAN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRIAN T MOYNIHAN
100 North Tryon Street
Charlotte, NC 28255 United States

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or **60 days** if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                 **Server's signature**

                                                _____
                                                  **Printed name and title**

                                                _____
                                                   **Server's address**

*Frank G. John* (signature)

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
|  | ) |
| JAMES D MATHESON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JAMES D MATHESON
4301 Wilson Blvd
Arlington, VA 22203 United States

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

     This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏     **I served the summons on** *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____           _____
                                          Server's signature

                                         _____
                                         Printed name and title

                                         _____
                                          Server's address

*Frank D. John*

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )  **Civil Action No.** |
|  | ) |
| ANDREW A ZIGLER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREW A ZIGLER
875 East Wisconsin Avenue Suite 800
Milwaukee, WI 53202 United States

**+**

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❏     I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Anita Rosenstein | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Anita Rosenstein
9229 SUNSET BOULEVARD SUITE 425
WEST HOLLYWOOD CA 90069

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ **; or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____**, a person of suitable age and discretion who**
**resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____**,**
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ **; or**

❑    **I returned the summons unexecuted because** _____**; or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
|  | ) |
| YOUSUKE MATSUSHIMA | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

YOUSUKE MATSUSHIMA
1 Knightsbridge Green
London, SW1X 7QA United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                    Server's signature

                                                                    _____
                                                                    Printed name and title

                                                                    _____
                                                                    Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| HUGH WILLIS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
     HUGH WILLIS
     Almack House 28 King Street, 4th Floor
     London, SW1Y 6QW United Kingdom

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

     ANDRE A DAVIS
     P . O . BOX 551329
     GASTONIA, NC 28054

     PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                        Server's signature

                                          _____
                                                   Printed name and title

                                          _____
                                                     Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date      **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| FAWAZ MANSOUR AL MUBARAKI | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
      FAWAZ MANSOUR AL MUBARAKI
      345 Park Avenue 41st Floor
      New York, NY 10154 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      ANDRE A DAVIS
      P . O . BOX 551329
      GASTONIA, NC 28054

      PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
| | ) |
| MARCUS WALLENBERG | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    MARCUS WALLENBERG
    Kungstradgardsgatan 8
    Stockholm, 106 40 Sweden

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

                                        _____
                                                Server's signature

                                        _____
                                             Printed name and title

                                        _____
                                             Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| CRAIG HESTER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
CRAIG HESTER
200 East 18th Street
Austin, TX 78701 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                                       **Server's signature**


                                                       _____
                                                                       **Printed name and title**


                                                       _____
                                                                       **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| SEIJI INAGAKI | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    SEIJI INAGAKI
    1-13-1 Aya-cho Chiyoda-ku
    Tokyo, 100-8411 Japan

**A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                        Server's signature

                                                    _____
                                                        Printed name and title

                                                    _____
                                                        Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DR AXEL A WEBER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR AXEL A WEBER CHAIRMAN
U Bahnhofstrasse 45
Zurich, 8001 Switzerland

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏  I personally served the summons on the defendant at
   *(place)*_____
   on *(date)* _____; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❏  I served the summons on *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

❏  I returned the summons unexecuted because _____; or

❏  Other *(specify)*:
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                    Server's signature

                                         _____
                                                    Printed name and title

                                         _____
                                                    Server's address


*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| FAYEZ SHALABY SAROFIM | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FAYEZ SHALABY SAROFIM
2 Houston Center 909 Fannin Street, Suite 2907
Houston, TX 77010 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                              **Server's signature**


                                                      _____
                                                              **Printed name and title**


                                                      _____
                                                              **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| THOMAS K ELLIOTT | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS K ELLIOTT
1260 Louisville Road
Frankfort, KY 40601 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                      **Server's signature**


                                        _____
                                                      **Printed name and title**


                                        _____
                                                      **Server's address**


*Frank G. John* (signature)

Date _____  **5/26/2021**  _____

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| LIAM FRANCIS DALTON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LIAM FRANCIS DALTON
780 3rd Avenue 43rd Floor
New York, NY 10017 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    **This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DARYL G BYRD | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DARYL G BYRD
165 Madison Avenue
Memphis, TN 38103 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| LEWIS A SANDERS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

LEWIS A SANDERS
390 Park Avenue
New York, NY 10022 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ASHISH BHUTANI | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ASHISH BHUTANI
30 Rockefeller Plaza 58th Floor
New York, NY 10112 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

☐  **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

☐  **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

☐  **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

☐  **I returned the summons unexecuted because** _____; or

☐  **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                      Server's signature

                                                              _____
                                                                      Printed name and title

                                                              _____
                                                                      Server's address

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** <br><br> ANDREW DALE STEGINSKY <br><br><br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREW DALE STEGINSKY
60 Madison Avenue Suite 1026
New York, NY 10010 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❑    I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____           _____
                                              **Server's signature**

                                        _____
                                       **Printed name and title**

                                        _____
                                       **Server's address**

*Frank D. John* (signature)

Date _____ **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| IRENE RUTH MILLER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

IRENE RUTH MILLER
Toronto-Dominion Centre King Street West and Bay Street
Toronto, ON M5K 1A2 Canada

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DALE R FOLWELL | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DALE R FOLWELL
NC Retirement Systems Albemarle Building 325 North Salisbury Street
Raleigh, NC 27603-1385 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| Ryan Mendlik | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Ryan Mendlik
9290 West Dodge Road Suite 203
Omaha, NE 68114 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏   **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                          Server's signature

                                             _____
                                                          Printed name and title

                                             _____
                                                          Server's address

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
|  | ) |
| STEVEN T ROMICK | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN BEMAN
20 Northwest 4th Street
Evansville, IN 47708 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                    **Server's signature**

                                          _____
                                                    **Printed name and title**

                                          _____
                                                    **Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| James R. McDermott | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    James R. McDermott
    7755 Montgomery Rd Suite 350
    Cincinnati, OH 45236

    **+**

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at** *(place)*_____ on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❑    **I served the summons on** *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of** $_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JASON TUNER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JASON TUNER
231 South LaSalle Street 4th Floor
Chicago, IL 60604 United States

 

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐     I returned the summons unexecuted because _____; or

☐     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                          Server's signature

                                     _____
                                        Printed name and title

                                       _____
                                        Server's address

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| CHRISTOPHER M GORMAN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHRISTOPHER M GORMAN
127 Public Square
Cleveland, OH 44114 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DAVID PAVAN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID PAVAN
3611 VALLEY CENTRE DR SUITE 100
SAN DIEGO, CA 92130 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                            Server's signature

                                                     _____
                                                            Printed name and title

                                                     _____
                                                            Server's address

*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| WILLIAM BLAIR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILLIAM BLAIR
222 West Adams Street
Chicago, IL 60606 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                             Server's signature

                                      _____
                                        Printed name and title

                                        _____
                                        Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| THOMAS M HAMILTON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS M HAMILTON
101 South 108th Avenue 2nd Floor
Omaha, NE 68154 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

_____
Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JOHN T DIPASQUALE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN T DIPASQUALE
500 Linden Oaks, Suite 210
Rochester, NY 14625

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| Kristin Magnusson Bernard | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Kristin Magnusson Bernard
Regeringsgatan 28
Box 16294
103 25 Stockholm

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                   **Server's signature**

                                                   _____
                                                   **Printed name and title**

                                                   _____
                                                   **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JAMES RICHARD NICHOLS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JAMES RICHARD NICHOLS
50 Congress Street Suite 832
Boston, MA 02109 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| SHARON ALICE KELLY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

SHARON ALICE KELLY
10 Cork Street 4th Floor
London, W1S 3NP United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )   **Civil Action No.** |
|  | ) |
| THOMAS P DiNAPOLI | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS P DiNAPOLI
110 State Street
Albany, NY 12207 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                                            Server's signature

                                         _____
                                           Printed name and title

                                           _____
                                             Server's address

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DANNY FIRTH | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DANNY FIRTH
125 FINSBURY PAVEMENT
LONDON , EC2A 1NQ
United Kingdom

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| DENNIS MACKEE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DENNIS MACKEE
1801 Hermitage Boulevard
Tallahassee, FL 32308 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏　　**I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏　　**I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏　　**I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏　　**I returned the summons unexecuted because** _____; or

❏　　**Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| Joel R Mogy | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Joel R Mogy
> 315 South Beverly Drive Suite 400
> Beverly Hills, CA 90212 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

❏ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                          Server's signature

                                             _____
                                                          Printed name and title

                                             _____
                                                          Server's address


Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| STEVEN MARKEL | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
STEVEN MARKEL
4521 HIGHWOODS PKWY
GLEN ALLEN, VA 23060 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____ **; or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ **, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ **; or**

❑     **I returned the summons unexecuted because** _____ **; or**

❑     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
             **Server's signature**

_____
             **Printed name and title**

_____
             **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )     **Civil Action No.** |
| | ) |
| WILLIAM H CAMMACK | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendant** | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILLIAM H CAMMACK
4400 Harding Pike Suite 310
Nashville, TN 37205 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| STEVEN CHECK | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN CHECK
575 Anton Blvd Suite 500
Costa Mesa, CA 92626 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                         Server's signature

                                                    _____
                                                         Printed name and title

                                                    _____
                                                         Server's address

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| MARTIN H WEXLER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARTIN H WEXLER
377 Broadway
New York, NY 10013 United States

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| Lior Kosovski | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Lior Kosovski
    950 TOWER LANE
    SUITE 1800
    FOSTER CITY CA 94404

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____ , a person of suitable age and discretion who
     resides there, on *(date)* _____ , and mailed a copy to the individual's last
     known address; or

❏     **I served the summons on** *(name of individual)* _____ ,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify):*
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| CRAIG A RUPPERT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CRAIG A RUPPERT
17801 Georgia Avenue
Olney, MD 20832 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏　　**I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; **or**

❏　　**I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏　　**I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏　　**I returned the summons unexecuted because** _____; **or**

❏　　**Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| JERRY BAINBRIDGE ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JERRY BAINBRIDGE
1582 Main St
Sarasota, FL 34236

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                              Server's signature

                                              _____
                                                              Printed name and title

                                              _____
                                                              Server's address


*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| TAKASHI HIBINO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
TAKASHI HIBINO
Gran Tokyo North Tower 1-9-1 Marunochi Chiyoda-ku
Tokyo, 100-6752 Japan

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) |  |
| **v.** | ) | **Civil Action No.** |
|  | ) |  |
| NICO LETSCHERT | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
NICO LETSCHERT
2700 N. Military Trail, Suite 210
Boca Raton, Florida 33431

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| John G Bratschi | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
John G Bratschi
265 Franklin Street 20th Floor
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| RODNEY C B VANDER MEERSCH | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
     RODNEY C B VANDER MEERSCH
     245 Park Avenue
     New York, NY 10167 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

     ANDRE A DAVIS
     P . O . BOX 551329
     GASTONIA, NC 28054

     PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
| | ) |
| ANTHONY E COLLINS | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ANTHONY E COLLINS
2 St Jamess's Market
London, SW1Y 4AH United Kingdom

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                              Server's signature

                                                 _____
                                                              Printed name and title

                                                 _____
                                                              Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____     **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| THOMAS BIRKS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS BIRKS
1800 McGill College Avenue Suite 2510
Montreal, QC H3A 3J6 Canada

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑   I returned the summons unexecuted because _____ ; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                        Server's signature

                                                                 _____
                                                                         Printed name and title

                                                                 _____
                                                                           Server's address


Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JAMES A ENGLE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> JAMES A ENGLE
> 48 Wall Street 18th Floor
> New York, NY 10005 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| HUGO ANDERSEN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HUGO ANDERSEN
Dampfaergevej 26
Copenhagen, 2100 Denmark

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                              Server's signature

                                        _____
                                              Printed name and title

                                        _____
                                              Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| FRASER SMART ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FRASER SMART
2-4 Lampton Road
Whitelocke House Hounslow, TW3 1HU United Kingdom

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
     **(place)**_____
     **on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify):*
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                         **Server's signature**

                                         _____
                                         **Printed name and title**

                                         _____
                                         **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| MARTIN ANDREW ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
MARTIN ANDREW
10 Exchange Square Primrose Street
London, EC2A 2BY United Kingdom

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                        Server's signature

                                                        _____
                                                        Printed name and title

                                                        _____
                                                        Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* )<br>**v.** )<br> )<br>JOHN G WOOLWAY )<br> )<br> )<br> )<br> )<br>*Defendant* | **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JOHN G WOOLWAY
4900 Main Street Suite 410
Kansas City, MO 64112 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏　　I returned the summons unexecuted because _____; or

❏　　Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                    Server's signature

                                                            _____
                                                                    Printed name and title

                                                            _____
                                                                    Server's address


*Frank G. John* *(signature)*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| WILLIAM MERVYN FREW CAREY SHANNNON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILLIAM MERVYN FREW CAREY SHANNNON
3 Lochside Avenue Edinburgh Park
Edinburgh, EH12 9SA United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at** *(place)*_____ **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏     **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| JOHN HEINLEIN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN HEINLEIN
20 Wight Avenue Suite 155
Hunt Valley, MD 21030 United States

**+**

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑　　I returned the summons unexecuted because _____; or

❑　　Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____　**5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| PATRICK MICHEAL MENDENHALL | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    PATRICK MICHEAL MENDENHALL
    4444 Westheimer Road Suite G500
    Houston, TX 77027 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑     **I returned the summons unexecuted because** _____; **or**

❑     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| PHILLIP D GREEN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
PHILLIP D GREEN
112 East Pecan Street Suite 125
San Antonio, TX 78205 United States

**A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for *(name of individual and title, if any)***
_____

**was received by me on *(date)*** _____ **.**

❏     **I personally served the summons on the defendant at**
***(place)***_____
**on *(date)*** _____ **; or**

❏     **I left the summons at the individual's residence or usual place of abode with *(name)***
_____**, a person of suitable age and discretion who**
**resides there, on *(date)*** _____**, and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on *(name of individual)*** _____ **,**
**who is designated by law to accept service of process on behalf of *(name of organization)***
_____ **on *(date)*** _____ **; or**

❏     **I returned the summons unexecuted because** _____ **; or**

❏     **Other *(specify)*:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____                    _____
                                                                  Server's signature

                                                                  _____
                                                                  Printed name and title

                                                                  _____
                                                                  Server's address

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ROBERT PARSONS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
      ROBERT PARSONS
      36 Toronto Street Suite 750
      Toronto, ON M5C 2C5 Canada

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

      ANDRE A DAVIS
      P . O . BOX 551329
      GASTONIA, NC 28054

      PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏    I returned the summons unexecuted because _____ ; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                                              Server's signature

                                                                   _____
                                                                              Printed name and title

                                                                   _____
                                                                              Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| JOHN ADOLPHUS STALEY IV | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN ADOLPHUS STALEY IV
1 Oxford Centre 39th Floor, 301 Grant Street
Pittsburgh, PA 15219 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                       Server's signature

                                _____
                                   Printed name and title

                                _____
                                   Server's address

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| F BORDEN HANES JR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

F BORDEN HANES JR
3290 Northside Parkway Suite 880
Atlanta, GA 30327

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                              Server's signature

                                                 _____
                                                              Printed name and title

                                                 _____
                                                              Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )      **Civil Action No.** |
|  | ) |
| HENRY S BEUKEMA lll | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HENRY S BEUKEMA lll
285 Kappa Drive Suite 220
Pittsburgh, PA 15238 United States

⊞

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
    *(place)*_____
    on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    resides there, on *(date)* _____, **and mailed a copy to the individual's last**
    known address; or

❏   **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                              **Server's signature**


                                       _____
                                              **Printed name and title**


                                       _____
                                              **Server's address**


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| HOWARD T ALTER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HOWARD T ALTER
182 Nassau Street Suite 201
Princeton, NJ 08542 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

Date:_____                    _____
                                                                       **Server's signature**

                                                                         _____
                                                                       **Printed name and title**

                                                                         _____
                                                                         **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DR RONALD D SUGAR | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR RONALD D SUGAR
1 Infinite Loop
Cupertino, CA 95014 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
**(place)**_____
**on (date)** _____ **; or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on (date)** _____, **and mailed a copy to the individual's last**
**known address; or**

❑     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on (date)** _____ **; or**

❑     **I returned the summons unexecuted because** _____ **; or**

❑     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| KATHERINE AUGUST DE WILDE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KATHERINE AUGUST DE WILDE
111 Pine Street
San Francisco, CA 94111 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                      Server's signature

                                     _____
                                      Printed name and title

                                     _____
                                       Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     Civil Action No. |
|  | ) |
| CHERYL M KALLEM | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHERYL M KALLEM
399 Park Avenue
New York, NY 10022 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                              Server's signature

                                                 _____
                                                              Printed name and title

                                                 _____
                                                              Server's address

Date _____  **5/26/2021**

*Frank G. Johns, Clerk*

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| KEVIN KERN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

KEVIN KERN
10 Wilsey Square, Suite 200
Ridgewood, NJ 07450

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Civil Action No. _____

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏  I returned the summons unexecuted because _____; or

❏  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    Server's signature

                                        _____
                                                    Printed name and title

                                        _____
                                                    Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MICHAEL J NATHANSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL J NATHANSON
2 Atlantic Avenue
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.** The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑     **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____ ; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑     **I served the summons on** *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     **I returned the summons unexecuted because** _____ ; or

❑     **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

_Frank D. John_ (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| CHARLES INGALLS CLOUGH JR | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHARLES INGALLS CLOUGH JR
1 Post Office Square 39th Floor
Boston, MA 02109 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏ **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| SIMON M LORNE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> SIMON M LORNE
> 666 Fifth Avenue
> New York, NY 10103 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P. O. BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____       _____
                                                         Server's signature

                                               _____
                                               Printed name and title

                                               _____
                                               Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date     _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
|  | ) |
|  | ) |
| MICHEL KHALAF | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHEL KHALAF
200 Park Avenue
New York, NY 10166 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                                                    **Server's signature**

                                                                 _____
                                                                                    **Printed name and title**

                                                                 _____
                                                                                    **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| RICHARD R HOUGH III | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RICHARD R HOUGH III
1330 Avenue of the Americas 38th Fl, Between 53rd and 54th
New York, NY 10019 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                            Server's signature

                                         _____
                                            Printed name and title

                                            _____
                                            Server's address

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ROBERT W KLEINSCHMIDT | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT W KLEINSCHMIDT
40 West 57th Street
New New York, NY 10019 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                          **Server's signature**

                                       _____
                                                       **Printed name and title**

                                       _____
                                                          **Server's address**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    Civil Action No. |
|  | ) |
| JULIAN HART ROBERTSON JR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JULIAN HART ROBERTSON JR
101 Park Avenue
New York, NY 10178 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                         Server's signature

                            _____
                                       Printed name and title

                            _____
                                         Server's address

*Frank G. John*

Date    **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
|  | ) |
| TIM TACCHI | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FRANCOIS ROCHON
627 Route 518
Skillman, NJ 08558 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                          Server's signature

                                           _____
                                                        Printed name and title

                                           _____
                                                          Server's address


Frank D. John

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| PAT DORSEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

PAT DORSEY
150 North Wacker Drive Suite 960
Chicago, IL 60606 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑    **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who** resides there, on *(date)* _____, **and mailed a copy to the individual's last known address; or**

❑    **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify):*

_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of** **$**_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ADAM BIRENBAUM | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ADAM BIRENBAUM
8182 Maryland Avenue Suite 500
St. Louis, MO 63105

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑　**I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❑　**I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
**resides there, on** *(date)* _____, and mailed a copy to the individual's last
known address; or

❑　**I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑　**I returned the summons unexecuted because** _____; or

❑　**Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's address

Frank G. Johns, Clerk
United States District Court

Date _____　　**5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |   |                   |
|--------------------------|---|-------------------|
| *Plaintiff*              | ) |                   |
| v.                       | ) | Civil Action No.  |
|                          | ) |                   |
| MARTIN L GERBER          | ) |                   |
|                          | ) |                   |
|                          | ) |                   |
|                          | ) |                   |
| *Defendant*              | ) |                   |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARTIN L GERBER
2300-1111 West Georgia Street
Vancouver, BC V6E 4M3 Canada

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                           Server's signature

                                     _____
                                         Printed name and title

                                     _____
                                           Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| C.T. FITZPATRICK | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

C.T. FITZPATRICK
Three Protective Center, 2801 Highway 280 South Suite 300
Birmingham, AL 35223

                                          ➕

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                            Server's signature

                                            _____
                                            Printed name and title

                                            _____
                                            Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| TRAVIS KNAPP ANDERSON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

TRAVIS KNAPP ANDERSON
475 10th Avenue 12th Floor
New York, NY 10018 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
| | ) |
| | ) |
| ANAND KISHOR DESAI | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANAND KISHOR DESAI
40 West 57th Street 15th Floor
New York, NY 10019 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
|  | ) |
| ALLEN L BOERNER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ALLEN L BOERNER
2 Park Plaza Suite 800
Irvine, CA 92614 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                        Server's signature

                                           _____
                                                        Printed name and title

                                           _____
                                                        Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                      |     |                     |
|----------------------|-----|---------------------|
| *Plaintiff*          | )   |                     |
| v.                   | )   | **Civil Action No.** |
|                      | )   |                     |
| BILL GATES           | )   |                     |
|                      | )   |                     |
|                      | )   |                     |
|                      | )   |                     |
| *Defendant*          | )   |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BILL GATES
500 5TH AVE NORTH
SEATTLE WA 98109

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                 _____
                                                            Server's signature

                                                            _____
                                                            Printed name and title

                                                            _____
                                                            Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
|  | ) |
| MELINDA GATES | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
MELINDA GATES
500 5TH AVE NORTH
SEATTLE WA 98109

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏     I returned the summons unexecuted because _____ ; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| WARREN BUFFETT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
WARREN BUFFETT
500 5TH AVE NORTH
SEATTLE WA 98109

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

# STATE OF NORTH CAROLINA

_MECKLENBURG_ **County**

File No.

**In The General Court Of Justice**
☒ District ☐ Superior Court Division

**GENERAL**
**CIVIL ACTION COVER SHEET**
☒ **INITIAL FILING** ☐ **SUBSEQUENT FILING**

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

| | |
|---|---|
| _Name And Address Of Plaintiff 1_<br>ANDRE ANTONIO DAVIS<br>PO BOX 551329<br>GASTONIA, NC 28054 | |
| _Name And Address Of Plaintiff 2_ | |

## VERSUS

_Name And Address Of Defendant 1_
BILL AND MELINDA GATES FOUNDATION
MELINDA GATES    TRUSTEE
500 5TH AVE NORTH
SEATTLE WA 98109

_Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)_
ANDRE ANTONIO DAVIS

PLAINTIFF IN PRO PER

_Telephone No._

_Cellular Telephone No._

_Summons Submitted_   ☒ Yes  ☐ No

_NC Attorney Bar No._   _Attorney Email Address_

_Name And Address Of Defendant 2_

☐ Initial Appearance in Case  ☐ Change of Address

_Name Of Firm_   _Fax No._

_Summons Submitted_  ☐ Yes  ☐ No

_Counsel For_
☐ All Plaintiffs  ☐ All Defendants  ☐ Only: (list party(ies) represented)

☒ Jury Demanded In Pleading   ☐ Complex Litigation   ☐ Stipulate to Arbitration

## TYPE OF PLEADING

_(check all that apply)_
☐ Amend (AMND)
☐ Amended Answer/Reply (AMND-Response)
☐ Amended Complaint (AMND)
☐ Assess Costs (COST)
☐ Answer/Reply (ANSW-Response) (see Note)
☐ Change Venue (CHVN)
☒ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL)
☐ Contempt (CNTP)
☐ Continue (CNTN)
☐ Compel (CMPL)

☐ Failure To State A Claim (FASC)
☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
☐ Improper Venue/Division (IMVN)
☐ Including Attorney's Fees (ATTY)
☐ Intervene (INTR)
☐ Interplead (OTHR)
☐ Lack Of Jurisdiction (Person) (LJPN)
☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
☐ Modification Of Child Support In IV-D Actions (MSUP)
☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
☐ Petition To Sue As Indigent (OTHR)
☐ Rule 12 Motion In Lieu Of Answer (MDLA)
☐ Sanctions (SANC)

_Frank G. Johns, Clerk_
_United States District Court_

Date   **5/26/2021**

cribed by
d cover
rt Action

(Over)

AOC-CV-751, Rev. 3/19, © 2019 Administrative Office of the Courts

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| FREDERIC JANBON | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
> FREDERIC JANBON
> 1 Blvd Haussman Paris, 75009 France

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     I returned the summons unexecuted because _____ ; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                        **Server's signature**

                             _____
                                     **Printed name and title**

                             _____
                                     **Server's address**

Frank G. Johns, Clerk
United States District Court

                             Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>**v.**<br><br>ALOK AGRAWAL<br><br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    ALOK AGRAWAL
    101 Park Avenue
    New York, NY 10178 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
on *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; **or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) **Civil Action No.** |
| CARLOS TORRES VILA | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CARLOS TORRES VILA
Plaza de San Nicolas 4
Bilbao, 48005 Spain

＋

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____ **; or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ **, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____ **,**
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ **; or**

❑     **I returned the summons unexecuted because** _____ **; or**

❑     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )   **Civil Action No.** |
|  | ) |
| ARNOLD VAN DEN BERG | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    ARNOLD VAN DEN BERG
    805 Las Cimas Parkway Suite 430
    Austin, TX 78746 United States

 

**A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                    Server's signature

                                                _____
                                                    Printed name and title

                                                _____
                                                    Server's address

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| ROBERT H BLUESTEIN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    ROBERT H BLUESTEIN
    260 East Brown Street Suite 100
    Birmingham, MI 48009 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; or

❏     **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                        |       |                    |
|------------------------|-------|--------------------|
| *Plaintiff*            | )     | **Civil Action No.** |
| **v.**                 | )     |                    |
|                        | )     |                    |
| KELLY WILLAMS          | )     |                    |
|                        | )     |                    |
|                        | )     |                    |
|                        | )     |                    |
| *Defendant*            | )     |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

      KELLY WILLAMS
      1075 Peachtree Street Northeast, Suite 2100
      Atlanta, GA 30309 United States

**A lawsuit has been filed against you.**

     **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

      ANDRE A DAVIS
      P . O . BOX 551329
      GASTONIA, NC 28054

      PLAINTIFF IN PRO PER

     **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
(place)_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                          Server's signature

                                                          _____
                                                          Printed name and title

                                                          _____
                                                          Server's address


Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| | ) | |
| MARTIN GLYNN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARTIN GLYNN
1250 René-Lévesque Boulevard West Suite 1400
Montréal, Québec Canada H3B 5E9

&#8862;

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

☐     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐     I returned the summons unexecuted because _____; or

☐     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* )<br>**v.** )<br> )<br>LISA RUIZ )<br> )<br> )<br> )<br> )<br> *Defendant* | **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
LISA RUIZ  CHIEF COMPLIANCE OFFICER
Smalandsgatan 17
Stockholm, SE-105 71 Sweden

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                              Server's signature

                                       _____
                                          Printed name and title

                                          _____
                                          Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| | ) |
| RICHARD HORLICK | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RICHARD HORLICK
Senator House 85 Queen Victoria Street
London, EC4V 4ET United Kingdom

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
(place)_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                              Server's signature

                                                              _____
                                                              Printed name and title

                                                              _____
                                                              Server's address


Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | Civil Action No. |
| | ) | |
| HIROKAZU FUJITA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HIROKAZU FUJITA
19F Tekko Building 1-8-2 Marunouchi
Chiyoda-Ku, 100-0005 Japan

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                      Server's signature

                                        _____
                                                      Printed name and title

                                        _____
                                                      Server's address

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    Civil Action No. |
|  | ) |
| ANDREW GORDON BLUHM | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREW GORDON BLUHM
900 North Michigan Avenue Suite 1600
Chicago, IL 60611 United States

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Civil Action No.

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏  **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏  **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏  **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏  **I returned the summons unexecuted because** _____; or

❏  **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                    **Server's signature**

                                       _____
                                                    **Printed name and title**

                                       _____
                                                    **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. |
| **v.** | ) |  |
|  | ) |  |
| CLIFFORD SCOTT ASNESS | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CLIFFORD SCOTT ASNESS
2 Greenwich Plaza
Greenwich, CT 06830 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

☐    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

☐    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    **I returned the summons unexecuted because** _____; or

☐    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                             **Server's signature**

                                    _____
                                               **Printed name and title**

                                    _____
                                               **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| MARK D WISEMAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MARK D WISEMAN
1100-10830 Jasper Avenue
Edmonton, AB T5J 2B3 Canada

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____     _____
                                                            Server's signature

                                                               _____
                                                               Printed name and title

                                                               _____
                                                               Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| DR BRUCE I JACOBS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR BRUCE I JACOBS
100 Campus Drive PO Box 650
Florham Park, NJ 07932 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
    *(place)*_____
    on *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    resides there, on *(date)* _____, **and mailed a copy to the individual's last**
    known address; or

❑     **I served the summons on** *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify):*
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                       **Server's signature**

                                      _____
                                       **Printed name and title**

                                       _____
                                       **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff*<br>**v.**<br><br>DR BRUCE I JACOBS<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR BRUCE I JACOBS
100 Campus Drive PO Box 650
Florham Park, NJ 07932 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Civil Action No.

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                 Server's signature

                                       _____
                                               Printed name and title

                                       _____
                                             Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    Civil Action No. |
|  | ) |
| Edward McBride | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

# SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Edward McBride
3 Columbus Circle Suite 1730
New York, NY 10019 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
|  | ) |
| Arthur Cohen | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Arthur Cohen  1033 Skokie Blvd STE 200,
Northbrook, IL 60062

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
_____, and mailed a copy to the individual's last
resides there, on *(date)* _____
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                        Server's signature

                                      _____
                                        Printed name and title

                                        _____
                                        Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
|  | ) |
| GARY DAVID COHN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GARY DAVID COHN
3001 Summer Street
Stamford, CT 06905 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                Server's signature

                                _____
                                Printed name and title

                                _____
                                Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| STEVE BRADSHAW | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVE BRADSHAW  CEO
1 Williams Center 10 Northeast
Tulsa, OK 74172 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| STEVEN J FISHER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN J FISHER
10400-01 San Jose Blvd
Jacksonville, FL 32257 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at *(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏    I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____            _____
                                                Server's signature

                                 _____
                                          Printed name and title

                                   _____
                                          Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JACK MAHER | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JACK MAHER
1 Hartford Plaza
Hartford, CT 06155 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                               Server's signature

                                        _____
                                               Printed name and title

                                        _____
                                               Server's address

*(signature)* Frank G. Johns

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| William F. "Ted" Truscott | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

William F. "Ted" Truscott
225 Franklin Street
Boston, MA 02111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
(*place*)_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                    **Server's signature**

                                                       _____
                                                                    **Printed name and title**

                                                       _____
                                                                    **Server's address**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____          **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
|  | ) |
| HIDETO FUJINO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

HIDETO FUJINO
Marunouchi 1-11-1
Chiyoda-Ku, 100-6227 Japan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                    Server's signature

                                 _____
                                    Printed name and title

                                 _____
                                    Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| STEVEN NELSON PALMER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

STEVEN NELSON PALMER
4520 Madison Avenue Suite 200
Kansas City, MO 64111 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
(place)_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| ) | |
| MICHAEL PERLOW ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL PERLOW
208 South LaSalle Street Suite 1698
Chicago, IL 60604 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for *(name of individual and title, if any)***

_____

was received by me on *(date)* _____.

❏ **I personally served the summons on the defendant at**
**(place)**_____
**on *(date)*** _____; or

❏ **I left the summons at the individual's residence or usual place of abode with *(name)***
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏ **I served the summons on *(name of individual)*** _____,
**who is designated by law to accept service of process on behalf of *(name of organization)***
_____ on *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other *(specify)*:**
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| SEAN A. METROSE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> SEAN A. METROSE
> 2000 Town Center Suite 2850
> Southfield, MI 48075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
_____, and mailed a copy to the individual's last
resides there, on *(date)* _____
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) **Civil Action No.** |
|  | ) |
| JOHAN THIJS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHAN THIJS
Havenlaan 2 Brussels, 1080 Belgium
PHONE
32-2-429-40-51

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                             Server's signature

                                             _____
                                             Printed name and title

                                             _____
                                             Server's address

*Frank D. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JOHN CHRISTOPHER DONAHUE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOHN CHRISTOPHER DONAHUE
1001 Liberty Avenue
Pittsburgh, PA 15222 United States

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| RAMSEY A LUHR | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

RAMSEY A LUHR
535 Stone Cutters Way
Montpelier, VT 05602 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
**resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❏    **I returned the summons unexecuted because** _____ ; **or**

❏    **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:** _____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date      **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DR MARK A WOLFSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR MARK A WOLFSON
201 Main Street Suite 1000
Fort Worth, TX 76102 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>v.<br><br>ALLAN R TESSLER<br><br><br><br>*Defendant* | )<br>)    **Civil Action No.**<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ALLAN R TESSLER
399 Park Avenue
New York, NY 10022 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| SCOTT D ROULSTON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
SCOTT D ROULSTON
540 West Madison Street Suite 1900
Chicago, IL 60661 United States

**+**

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                                                       Server's signature

                                                _____
                                                                       Printed name and title

                                                _____
                                                                       Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| JEFFREY SCHARF | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Jeffrey Scharf
    641 ESCALONA DRIVE
    SANTA CRUZ CA 95060

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

**My fees are $** _____ for travel and $ _____ for services, for a total of
$_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                             Server's signature

                                            _____
                                            Printed name and title

                                            _____
                                            Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  | )  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| MALCOLM BUTLER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    MALCOLM BUTLER
    310 Commercial Drive
    Savannah, GA 31406 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑      I personally served the summons on the defendant at
       *(place)*_____
       on *(date)* _____ ; or

❑      I left the summons at the individual's residence or usual place of abode with *(name)*
       _____, a person of suitable age and discretion who
       resides there, on *(date)* _____, and mailed a copy to the individual's last
       known address; or

❑      I served the summons on *(name of individual)* _____ ,
       who is designated by law to accept service of process on behalf of *(name of organization)*
       _____ on *(date)* _____ ; or

❑      I returned the summons unexecuted because _____ ; or

❑      Other *(specify)*:
       _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                        Server's signature

                                 _____
                                     Printed name and title

                                 _____
                                     Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| JOHN M CASSADAY ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
JOHN M CASSADAY
200 Bloor Street East Toronto
ON M4W 1E5 Canada

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P.O.BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏      **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____; **or**

❏      **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❏      **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; **or**

❏      **I returned the summons unexecuted because** _____; **or**

❏      **Other** *(specify)*:
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DR. JOSEP OLIU CREUS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
DR. JOSEP OLIU CREUS
Avenida 3) 5/16scar Espl3) 17/32 37
Alicante, 03007 Spain

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

☐    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                                        Server's signature

                                      _____
                                                    Printed name and title

                                      _____
                                                       Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| DR. JOSEP OLIU CREUS ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
DR. JOSEP OLIU CREUS
Avenida 3) 5/16scar Espl3) 17/32 37
Alicante, 03007 Spain

**A lawsuit has been filed against you.**

Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
   *(place)*_____
   on *(date)* _____ ; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
   _____ , a person of suitable age and discretion who
   resides there, on *(date)* _____ , and mailed a copy to the individual's last
   known address; or

❑   I served the summons on *(name of individual)* _____ ,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____ ; or

❑   I returned the summons unexecuted because _____ ; or

❑   Other *(specify)*:
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____              _____
                                                          Server's signature

                                                  _____
                                                          Printed name and title

                                                  _____
                                                          Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

Parallel

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
|  | ) |
|  | ) |
| ARJUN DIVECHA | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
ARJUN DIVECHA
40 Rowes Wharf
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      _____, and mailed a copy to the individual's last
      resides there, on *(date)* _____
      known address; or

❏     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*: _____
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* <br> **v.** | ) <br> )    **Civil Action No.** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| TIMOTHY D ARMOUR |  |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

TIMOTHY D ARMOUR
333 South Hope Street
Los Angeles, CA 90071 United States

**A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❑    I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                               **Server's signature**

                                   _____
                                              **Printed name and title**

                                   _____
                                              **Server's address**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |   |                    |
|--------------------------|---|--------------------|
| *Plaintiff*              | ) |                    |
| **v.**                   | ) | **Civil Action No.** |
|                          | ) |                    |
| CHARLES W SCHARF         | ) |                    |
|                          | ) |                    |
|                          | ) |                    |
|                          | ) |                    |
| *Defendant*              | ) |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHARLES W SCHARF
420 Montgomery Street
San Francisco, CA 94104 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                                   Server's signature

                                         _____
                                                   Printed name and title

                                         _____
                                                Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| MICHEAL LYNN SAPIR | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHEAL LYNN SAPIR
7501 Wisconsin Avenue Suite 1000
E Bethesda, MD 20814 United States

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

     **This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
                  **Server's signature**

_____
                  **Printed name and title**

_____
                  **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| SEAN GARBER ESQ | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Sean Graber, Esq.
1701 Market Street
Philadelphia, PA 19103

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏  **I personally served the summons on the defendant at**
   *(place)*_____
   **on** *(date)* _____ ; or

❏  **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____ **, a person of suitable age and discretion who**
   **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
   **known address; or**

❏  **I served the summons on** *(name of individual)* _____ **,**
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ **on** *(date)* _____ **; or**

❏  **I returned the summons unexecuted because** _____ **; or**

❏  **Other** *(specify)*:
   _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____          _____
                                                    **Server's signature**


                                         _____
                                                    **Printed name and title**


                                         _____
                                                    **Server's address**


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| JONATHAN STUART THOMAS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JONATHAN STUART THOMAS
PO Box 419200
Kansas City, MO 64141 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____ .

❑    **I personally served the summons on the defendant at**
      *(place)* _____
      **on** *(date)* _____ ; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ **, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
      **known address; or**

❑    **I served the summons on** *(name of individual)* _____ ,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ ; **or**

❑    **I returned the summons unexecuted because** _____ ; **or**

❑    **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:** _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John* (signature)

Date    **5/26/2021** _____

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| BRIAN O CONNER CASEY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRIAN O CONNOR CASEY
200 Crescent Court Suite 1200
Dallas, TX 75201 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                              **Server's signature**

                                                              _____
                                                              **Printed name and title**

                                                              _____
                                                              **Server's address**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                     |   |                  |
|---------------------|---|------------------|
| *Plaintiff*         | ) |                  |
| **v.**              | ) | **Civil Action No.** |
|                     | ) |                  |
| WILLIAM C CRAGER    | ) |                  |
|                     | ) |                  |
|                     | ) |                  |
|                     | ) |                  |
| *Defendant*         |   |                  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILLIAM C CRAGER
35 East Wacker Drive 24th Floor
Chicago, IL 60601 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❏     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____ ; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; or

❏     **I returned the summons unexecuted because** _____ ; or

❏     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date     **5/26/2021** _____

Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
| | ) |
| THOMAS D KLINGENSTEIN | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS D KLINGENSTEIN
355 W 52nd St # 5r,
New York, NY 10019

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Case 3:21-cv-00228-GCM    Document 2    Filed 05/26/21    Page 1196 of 1292

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____

on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ROBERT W NICHOLAS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR. ROBERT W NICHOLAS
11111 Santa Monica Blvd Suite 1200
Los Angeles, CA 90025 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑     **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____ ; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑     **I served the summons on** *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     **I returned the summons unexecuted because** _____ ; or

❑     **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DOMENICO AIELLO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DOMENICO AIELLO
60 State Street
Boston, MA 02109 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____       _____
                                                     Server's signature

                                      _____
                                                 Printed name and title

                                      _____
                                                     Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* )<br>**v.** )<br> )<br>DOUGLAS JONES )<br> )<br> )<br> )<br> )<br>*Defendant* | **Civil Action No.** |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Douglas Jones
77 King Street West, Suite 4210, P.O. Box 213.
Toronto, ON M5K 1J3

**A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                         Server's signature

                                                         _____
                                                         Printed name and title

                                                         _____
                                                         Server's address


_____
Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* ) | **Civil Action No.** |
| **v.** ) | |
| ) | |
| MIKE TUMA ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MIKE TUMA
411 Theodore Fremd Avenue Suite 206
South Rye, NY 10580 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏　　**I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; **or**

❏　　**I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏　　**I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏　　**I returned the summons unexecuted because** _____; **or**

❏　　**Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Printed name and title

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| BRADLEY E BENZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRADLEY E BENZ
18 Jewelers Park Drive Suite 200
Neenah, WI 54956

⊞

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
_____, and mailed a copy to the individual's last
resides there, on *(date)* _____
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                             Server's signature

                         _____
                                       Printed name and title

                         _____
                                       Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| ANDREA FREEMAN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ANDREA FREEMAN
86 Linden St,
Brattleboro, VT 05301

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                                                 Server's signature

                                                                   _____
                                                                                 Printed name and title

                                                                   _____
                                                                                 Server's address


Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| JOHN HYLAND | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

John Hyland Mng Dir/Financial Advisor
65 Madison Avenue Suite 300
Morristown, NJ 07960 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
_____, and mailed a copy to the individual's last
resides there, on *(date)* _____
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                  Server's signature

                                        _____
                                                  Printed name and title

                                        _____
                                                  Server's address

*Frank D. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| JOHN JEFFREY WHITAKER | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    JOHN JEFFREY WHITAKER
    7501 Wisconsin Avenue Suite 1500 W
    Bethesda, MD 20814 United States

**A lawsuit has been filed against you.**

**Within 21 days** after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                     Server's signature

                                         _____
                                                     Printed name and title

                                         _____
                                                     Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

          *Plaintiff*        )
          **v.**        )   **Civil Action No.**
                  )
JOE THOMPSON     )
                  )
                  )
                  )
        *Defendant*  )

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

JOE THOMPSON
16 INDUSTRIAL BLVD SUITE 107
PAOLI PA 19301

    **A lawsuit has been filed against you.**

    Within **21 days** after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                          Server's signature

                                         _____
                                         Printed name and title

                                         _____
                                         Server's address

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                        |   |
|------------------------|---|
| *Plaintiff*            | ) |
| **v.**                 | ) |
|                        | ) |
|                        | ) |
| DANIEL WINTER          | ) |
|                        | ) |
|                        | ) |
|                        | ) |
| *Defendant*            | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DANIEL WINTER    Confluence Investment Management Llc

c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington US-DE US 19801

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| Robert W Sharps | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Robert W Sharps
100 East Pratt Street
Baltimore, MD 21202 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏  I personally served the summons on the defendant at
   *(place)*_____
   on *(date)* _____; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❏  I served the summons on *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

❏  I returned the summons unexecuted because _____; or

❏  Other *(specify)*:
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                          Server's signature

                                               _____
                                                          Printed name and title

                                               _____
                                                          Server's address


*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| BRENDAN J SWORDS | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRENDAN J SWORDS  CHAIRMAN & CEO
280 Congress Street
Boston, MA 02210 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏      I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❏      I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❏      I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❏      I returned the summons unexecuted because _____; or

❏      Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____           _____
                                           Server's signature

                                              _____
                                           Printed name and title

                                              _____
                                              Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____   **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| DOV KOTLER | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DOV KOTLER
50 Rothschild Boulevard Tel Aviv,
66883 Israel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Case 3:21-cv-00228-GCM    Document 2    Filed 05/26/21    Page 1222 of 1292

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑   **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑   **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑   **I returned the summons unexecuted because** _____; **or**

❑   **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| GARY MIKULA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

GARY MIKULA
24 Federal Street 10th Floor
Boston, MA 02110 United States

### A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____ ; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
resides there, on *(date)* _____ , **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____ ; **or**

❑    **I returned the summons unexecuted because** _____ ; **or**

❑    **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                        Server's signature

                                                    _____
                                                        Printed name and title

                                                    _____
                                                        Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

| | |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
| | ) |
| ROBERT H BRADLEY | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT H BRADLEY
185 Asylum Street City Place II, 11th Floor
Hartford, CT 06103 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| DANIEL JOSEPH HOUSTON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
DANIEL JOSEPH HOUSTON
711 High Street
Des Moines, IA 50392 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____ ; **or**

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ **, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____ **,**
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ ; **or**

❑     **I returned the summons unexecuted because** _____ ; **or**

❑     **Other** *(specify):*
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ **.**

**I declare under penalty of perjury that this information is true.**

**Date:** _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| Charles R. Schwab | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

**Civil Action No.**

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Charles R. Schwab  Chairman
211 Main Street
San Francisco, CA 94105 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                                 **Server's signature**

                                                  _____
                                                 **Printed name and title**

                                                  _____
                                                 **Server's address**

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| ***Plaintiff*** | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| DR. WESLEY W VON SCHACK | ) |
|  | ) |
|  | ) |
|  | ) |
| ***Defendant*** |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DR. WESLEY W VON SCHACK
240 Greenwich Street
New York, NY 10286 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
$_____.

**I declare under penalty of perjury that this information is true.**

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| **Plaintiff** | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| Jess B Yawitz | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Jess B Yawitz
101 South Hanley Road Suite 1700
Saint Louis, MO 63105 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

☐  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐  I returned the summons unexecuted because _____; or

☐  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Date _____   **5/26/2021**

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DAVID ALAN JAFFE | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> DAVID ALAN JAFFE
> 2770 Indian River Blvd Suite 204
> Vero Beach, FL 32960 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                                            Server's signature

                                                    _____
                                                    Printed name and title

                                                    _____
                                                    Server's address

*Frank D. John* (signature)

Date _____    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) **Civil Action No.** |
|  | ) |
| BRUCE J RICHARDS | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BRUCE J RICHARDS
1 Bryant Park 38th Floor
New York, NY 10036 United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Date _____    **5/26/2021**

Frank G. Johns, Clerk
United States District Court

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| SUNDAR PICHAI | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    SUNDAR PICHAI
    1600 AMPHITHEATRE PARKWAY
    MOUNTAIN VIEW CA 94043

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                     Server's signature

                                        _____
                                                     Printed name and title

                                        _____
                                                     Server's address


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )      **Civil Action No.** |
|  | ) |
| MORTIMER JOSEPH BUCKLEY | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MORTIMER JOSEPH BUCKLEY
100 Vanguard Blvd Malvern,
PA 19355 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P.O. BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑ **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; **or**

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
resides there, on *(date)* _____, **and mailed a copy to the individual's last**
known address; **or**

❑ **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; **or**

❑ **I returned the summons unexecuted because** _____; **or**

❑ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff*<br>v. | )<br>)  **Civil Action No.**<br>)<br>)<br>)<br>)<br>) |
| Michael D. Berlin | |
| *Defendant* | . |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Private Asset Management Inc
Micheal D Berlin   agent of process
5348 Carroll Canyon Road #200
San Diego, California 92121

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
  *(place)*_____
  on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
  _____, a person of suitable age and discretion who
  resides there, on *(date)* _____, and mailed a copy to the individual's last
  known address; or

❑  I served the summons on *(name of individual)* _____,
  who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
  _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| THOMAS E FAUST JR | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THOMAS E FAUST JR
2 International Place
Boston, MA 02110 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| DANIEL C CHUNG | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Daniel C Chung
360 Park Avenue South
New York US-NY US 10010

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                 Server's signature

                                         _____
                                             Printed name and title

                                         _____
                                              Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____    **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| MICHAEL BEATTIE | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL BEATTIE
1 FREEDOM VALLEY DRIVE
OAKS PA 19456

➕

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____      _____
                                              Server's signature

                                        _____
                                             Printed name and title

                                             _____
                                             Server's address

*Frank D. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )     **Civil Action No.** |
|  | ) |
| WILLIAM BROPHY TYREE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

WILLIAM BROPHY TYREE
140 Broadway
New York, NY 10005 United States


**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER


**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏     I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏     I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏     I returned the summons unexecuted because _____; or

❏     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                           Server's signature

                                           _____
                                           Printed name and title

                                           _____
                                           Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* ) | |
| **v.** ) | **Civil Action No.** |
| ) | |
| DAVID M SOLOMON ) | |
| ) | |
| ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

DAVID M SOLOMON
200 West Street
New York, NY 10282 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at** *(place)*_____ **on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏    **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:

_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                                             **Server's signature**

                                                             _____
                                                            **Printed name and title**

                                                             _____
                                                               **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

                                          Date _____ **5/26/2021** _____

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| THEODORE A MATHAS | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

THEODORE A MATHAS
51 Madison Avenue
New York, NY 10010 United States

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❏  **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❏  **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ **, a person of suitable age and discretion who**
**resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
**known address; or**

❏  **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏  **I returned the summons unexecuted because** _____; or

❏  **Other** *(specify):*
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
**Server's signature**

_____
**Printed name and title**

_____
**Server's address**

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

<table>
<tr><td> </td><td>)</td><td> </td></tr>
<tr><td><i>Plaintiff</i></td><td>)</td><td> </td></tr>
<tr><td>v.</td><td>)</td><td><b>Civil Action No.</b></td></tr>
<tr><td> </td><td>)</td><td> </td></tr>
<tr><td>MARTIN GILB ERT</td><td>)</td><td> </td></tr>
<tr><td> </td><td>)</td><td> </td></tr>
<tr><td> </td><td>)</td><td> </td></tr>
<tr><td> </td><td>)</td><td> </td></tr>
<tr><td><i>Defendant</i></td><td>)</td><td> </td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Martin Gilbert
Aberdeen Funds 712 5TH AVE Floor 49
New York, NY 10019

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏   **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏   **I returned the summons unexecuted because** _____; **or**

❏   **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                               |        |                    |
| ----------------------------- | ------ | ------------------ |
| *Plaintiff*                   | )      |                    |
| **v.**                        | )      | **Civil Action No.** |
|                               | )      |                    |
| William F. "Ted" Truscott     | )      |                    |
|                               | )      |                    |
|                               | )      |                    |
|                               | )      |                    |
| *Defendant*                   | )      |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

William F. "Ted" Truscott
225 Franklin Street
Boston, MA 02111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❑.   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

**I declare under penalty of perjury that this information is true.**

Date:_____           _____
                                                        **Server's signature**

                                        _____
                                                        **Printed name and title**

                                        _____
                                                        **Server's address**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| HELGE K LEE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Helge K. Lee
12555 Manchester Road
St. Louis, MO 63131

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | )    **Civil Action No.** |
|  | ) |
| PRINCIPLE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

John Thomas Genoy
HARBORSIDE 5
185 HUDSON STREET, SUITE 3300
JERSEY CITY NJ 07311

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏   **I personally served the summons on the defendant at**
**(place)**_____
on *(date)* _____ ; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
resides there, on *(date)* _____ , **and mailed a copy to the individual's last**
known address; or

❏   **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____ ; or

❏   **I returned the summons unexecuted because** _____ ; or

❏   **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

**I declare under penalty of perjury that this information is true.**

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ROBERT STEVEN KAPTIO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT STEVEN KAPTIO
400 HOWARD STREET
SAN FRANCISCO CA 94105

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                                **Server's signature**

                                             _____
                                                 **Printed name and title**

                                               _____
                                                 **Server's address**

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  | ) |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) **Civil Action No.** |
|  | ) |
| SETH PERRY BERNSTEIN | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

SETH PERRY BERNSTEIN
1345 Avenue of the Americas
New York, NY 10105 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑     I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑     I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑     I returned the summons unexecuted because _____ ; or

❑     Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____         _____
                                               Server's signature

                                                 _____
                                                 Printed name and title

                                                 _____
                                                 Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____     **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| JOHN P CALAMOS SR | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    JOHN P CALAMOS SR
    2020 CALAMOS COURT
    NAPERVILLE IL 60563

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                _____
                                                          Server's signature

                                             _____
                                                          Printed name and title

                                             _____
                                                          Server's address


Frank D. John

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|                          |   |                    |
|--------------------------|---|--------------------|
| *Plaintiff*              | ) |                    |
| v.                       | ) | **Civil Action No.** |
|                          | ) |                    |
| GREGORY FULK             | ) |                    |
|                          | ) |                    |
|                          | ) |                    |
|                          | ) |                    |
| *Defendant*              | ) |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Gregory Fulk
10 West Carmel Drive Suite 400
Carmel, IN 46032

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Civil Action No.**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

❑　　**I personally served the summons on the defendant at**
　　　*(place)*_____
　　　**on** *(date)* _____ ; **or**

❑　　**I left the summons at the individual's residence or usual place of abode with** *(name)*
　　　_____ , **a person of suitable age and discretion who**
　　　**resides there, on** *(date)* _____ , **and mailed a copy to the individual's last**
　　　**known address; or**

❑　　**I served the summons on** *(name of individual)* _____ ,
　　　**who is designated by law to accept service of process on behalf of** *(name of organization)*
　　　_____ **on** *(date)* _____ ; **or**

❑　　**I returned the summons unexecuted because** _____ ; **or**

❑　　**Other** *(specify)*:
　　　_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**Server's signature**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**Printed name and title**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**Server's address**

Frank G. Johns, Clerk
United States District Court

Date　_____　**5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **Plaintiff** | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| MICHAEL L GREENWOOD | ) |
|  | ) |
|  | ) |
|  | ) |
| **Defendant** | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

MICHAEL L GREENWOOD
3722 W Deer Crossing Drive
Stillwater, OK 74074 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Case 3:21-cv-00228-GCM    Document 2    Filed 05/26/21    Page 1274 of 1292

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
       **(place)**_____
       **on** *(date)* _____ **; or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____**, a person of suitable age and discretion who**
       **resides there, on** *(date)* _____**, and mailed a copy to the individual's last**
       **known address; or**

❑    **I served the summons on** *(name of individual)* _____**,**
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____**; or**

❑    **I returned the summons unexecuted because** _____**; or**

❑    **Other** *(specify)***:**
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| CHARLES B JOHNSON II | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CHARLES B JOHNSON II
200 Madison Avenue 20th Floor
New York, NY 10016 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑      I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____ ; or

❑      I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑      I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❑      I returned the summons unexecuted because _____ ; or

❑      Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                     Server's signature

                                 _____
                                                 Printed name and title

                                 _____
                                                 Server's address

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____  **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| | ) | |
| FARIS F CHESLEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FARIS F CHESLEY
135 South LaSalle Street Suite 2900
Chicago, IL 60603 United States

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____      _____
                                          Server's signature

                                  _____
                                 Printed name and title

                                  _____
                                  Server's address

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| **_Plaintiff_** | ) |
| **v.** | )    **Civil Action No.** |
|  | ) |
| ERIC WALTON | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| **_Defendant_** |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> ERIC WALTON
> 3529 Foothills Rd.
> Las Cruces, NM 88011

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P . O . BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____ **; or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ **, a person of suitable age and discretion who**
      **resides there, on** *(date)* _____ **, and mailed a copy to the individual's last**
      **known address; or**

❑    **I served the summons on** *(name of individual)* _____ **,**
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____ **; or**

❑    **I returned the summons unexecuted because** _____ **; or**

❑    **Other** *(specify)*:

      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                  **Server's signature**

                             _____
                                  **Printed name and title**

                             _____
                                  **Server's address**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | )     **Civil Action No.** |
|  | ) |
| RUTH A BENBEN | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    RUTH A BENBEN
    111 E. Wisconsin Avenue Suite 1310
    Milwaukee, Wisconsin 53202

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    ANDRE A DAVIS
    P . O . BOX 551329
    GASTONIA, NC 28054

    PLAINTIFF IN PRO PER

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑     I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____ ; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
     _____ , a person of suitable age and discretion who
     resides there, on *(date)* _____ , and mailed a copy to the individual's last
     known address; or

❑     I served the summons on *(name of individual)* _____ ,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____ ; or

❑     I returned the summons unexecuted because _____ ; or

❑     Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                        Server's signature

                                        _____
                                        Printed name and title

                                        _____
                                        Server's address

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| CLAY G CAMPBELL | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Clay G. Campbell
9400 S. Dadeland Boulevard, Suite 111
Miami, FL 33156

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____             _____
                                           **Server's signature**

                                   _____
                                   **Printed name and title**

                                   _____
                                   **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| JOE THOMPSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> JOE THOMPSON
> 16 INDUSTRIAL BLVD SUITE 107
> PAOLI PA 19301

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> ANDRE A DAVIS
> P.O. BOX 551329
> GASTONIA, NC 28054
>
> PLAINTIFF IN PRO PER

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



Date _____ **5/26/2021**

_Frank D. John_

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                              Server's signature

                                                 _____
                                                              Printed name and title

                                                 _____
                                                              Server's address


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| ROBERT STEVEN KAPTIO | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ROBERT STEVEN KAPTIO
400 HOWARD STREET
SAN FRANCISCO CA 94105

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



_Frank D. John_

Date _____**5/26/2021**_____

Frank G. Johns, Clerk
United States District Court

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                            Server's signature

                                                             _____
                                                             Printed name and title

                                                             _____
                                                             Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ANDRE ANTONIO DAVIS

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| ABIGAIL PIERREPONT JOHNSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ABIGAIL PIERREPONT JOHNSON
245 Summer Street V5D
Boston, MA 02210 United States



**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDRE A DAVIS
P . O . BOX 551329
GASTONIA, NC 28054

PLAINTIFF IN PRO PER

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank D. John

Frank G. Johns, Clerk
United States District Court

Date _____ **5/26/2021**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑     I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

                 _____
                           Server's signature

                 _____
                           Printed name and title

                 _____
                           Server's address

Additional information regarding attempted service, etc: