# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00228-GSM

| | |
|---|---|
| ANDRE ANTONIO DAVIS, | |
| Plaintiff, | |
| v. | **ORDER** |
| SUNDAR PICHAI et al., | |
| Defendants. | |

This matter is before the Court *sua sponte*. The *pro se* Plaintiff filed this Complaint on May 18, 2021. The Court has reviewed the Complaint, and it appears that the Complaint is frivolous on its face and fails to state a claim upon which relief can be granted. Accordingly,

**IT IS THEREFORE ORDERED** that the Complaint is hereby dismissed with prejudice.

Signed: June 8, 2021

Graham C. Mullen
United States District Judge